Matter of Attorneys In Violation of Judiciary Law § 468-a. (2019 NY Slip Op 03883)





Matter of Attorneys In Violation of Judiciary Law § 468-a.


2019 NY Slip Op 03883


Decided on May 16, 2019


Appellate Division, Third Department



Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


This opinion is uncorrected and subject to revision before publication in the Official Reports.




Decided and Entered: May 16, 2019
[*1]
In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-a.

Calendar Date: April 8, 2019

Before: Garry, P.J., Clark, Aarons, Rumsey and Pritzker, JJ.


Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany, for Attorney Grievance Committee for the Third Judicial Department.



MEMORANDUM AND ORDER ON MOTION
Per Curiam.
The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) moves pursuant to Rules for Attorney Disciplinary Matters (22 NYCRR) § 1240.9 (a) (5) and Rules of the Appellate Division, Third Department (22 NYCRR) § 806.9 for an order suspending respondent attorneys — all of whom either last listed a registration address within this Judicial Department or were admitted to practice by this Court (see generally Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.7 [a] [2]) — upon the ground that they have failed to fulfill their respective attorney registration obligations for at least the last two consecutive biennial registration periods (see Judiciary Law § 468-a; Rules of the Chief Admin of Cts [22 NYCRR] § 118.1). Respondents were noticed of the application by publication pursuant to the terms of an order to show cause issued by this Court, which was marked returnable April 8, 2019 and which is supported by affidavit of AGC's counsel with exhibits (see generally Judiciary Law § 90 [6]).
Judiciary Law § 468—a and Rules of the Chief Administrator of the Courts (22 NYCRR) § 118.1 require that attorneys admitted to practice in New York file a registration statement with the Office of Court Administration on a biennial basis. This obligation extends to all attorneys admitted in New York, regardless of where they work or reside, and even applies to attorneys who have been suspended or who have retired from the practice of law altogether (see Rules of Chief Admin of Cts [22 NYCRR] § 118.1 [a]-[c], [g]). After an attorney's initial registration upon admission to the bar, the obligation to register is triggered by the attorney's birthdate every other year thereafter, and an attorney has a 30-day grace period following his or her birthdate in which to satisfy the obligation (see Judiciary Law § 468-a [2]; Rules of Chief Admin of Cts [22 NYCRR] § 118.1 [a]-[c]). Since the registration requirement applies "for as long as the attorney remains duly admitted to the New York bar" (Rules of Chief Admin of Cts [22 NYCRR] § 118.1 [a]-[c]), it may only be terminated by the attorney's death, disbarment or formal resignation upon order of the Appellate Division (see generally Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [a]).[FN1]
The failure to duly register as an attorney "shall constitute conduct prejudicial to the administration of justice and shall be referred to the appropriate appellate division . . . for disciplinary action" (Judiciary Law § 468—a [5]; see Benjamin v Koeppel, 85 NY2d 549, 556 [1995]; Rules of Chief Admin of Cts [22 NYCRR] § 118.1 [h]). To be sure, the Rules of Professional Conduct explicitly define "conduct that is prejudicial to the administration of justice" as attorney misconduct (see Rules of Professional Conduct [22 NYCRR 1200.0] rule 8.4 [d]), and this Court has repeatedly and consistently held that an attorney's failure to comply with his or her registration requirements is professional misconduct warranting the imposition of discipline (see Matter of Attorneys in Violation of Judiciary Law § 468—a, 113 AD3d 1020, 1021 [2014]; Matter of Attorneys in Violation of Judiciary Law § 468—a, 65 AD3d 1447 [2009]; Matter of Arms, 251 AD2d 743, 743—744 [1998]; Matter of Ryan, 238 AD2d 713, 713—714 [1997]; Matter of Farley, 205 AD2d 874, 874—875 [1994]).
AGC has put forth uncontroverted evidence of respondents' misconduct in the form of documentary proof that each respondent has repeatedly failed to fulfill his or her attorney registration obligations and remains delinquent in that obligation to date (see Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.9 [a] [5]). Accordingly, AGC's motion is hereby granted and the 2,353 respondents listed on the schedule attached hereto are suspended, effective immediately and until further order of this Court (see Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.16; see also Matter of Attorneys in Violation of Judiciary Law § 468-a [D'Alessandro], 169 AD3d 1349 [2019]; Matter of Jing Tan, 164 AD3d 1515 [2018]).
Garry, P.J., Clark, Aarons, Rumsey and Pritzker, JJ., concur.
ORDERED that the motion of the Attorney Grievance Committee for the Third Judicial Department is granted; and it is further
ORDERED that the respondents listed on the schedule attached hereto are suspended from the practice of law, effective immediately, and until further order of this Court; and it is further
ORDERED that, for the period of suspension, each named respondent is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and each respondent is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself or herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that each respondent shall comply with the provisions of the Rules for Attorney Disciplinary Matters regulating the conduct of suspended attorneys and shall duly certify to the same in his or her affidavit of compliance (see Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.15); and it is further
ORDERED that this Memorandum and Order on Motion shall be deemed served upon respondents by its publication on the website maintained by this Court and by weekly publication on this Court's Twitter account for a period of no less than 30 days.



NAME
A RONG, FNU


ATTY. REG. NO.
5072905









AARON, HARRIS JAY


4042982









ABAYA, MARK FRANCIS PANLASIGUI


4787180









ABELLARD, DELPHINE ANNE


2501112









ABLO, SELIM


4086682









ABONGWA, EMMANUEL NGWA


2779304









ACHLIOPTAS, PAVLOS


4853222









ACOSTA, ERIK CHRISTIAN


4178471









ADACHI, KINJI


4529095









ADAMS, LINDA


2744712









ADDO-ATUAH, EWURAFUA


4849477









ADEMOLA, ABAYOMI ADEOLU


4401832









ADEYEMI, OLUFOLAKE AYODEJI


4214722









AGUDELO, MAURICIO


4847927









AGUELE, CHRISTINE MARIE


2795987









AHIEZER, ROY


4113676









AHMAD, FATIMA FAROOQ


3068632









AHMAD, ZARA SARFRAZ


5194832









AHMED, AZIZA


4710539









AHN, JEHYUN


4631933









AKINTOMIDE, CECILIA OLUBUKOLA


2370567









[*2]AKUSU-OSSAI, AUGUSTA OVO


4572145









ALABURDA, LAWRENCE


1995422









ALBANESE, CHRISTOPHER JOSEPH


4020269




ALESE, OLUFEMI ABAYOMI 

3930187




ALEXANDER, KEVIN JOHN 

2014819









ALGILANI, DANIEL KAMIAR


4585014









ALI, AHMAD


4175121









ALI, PERVEEN RACQUEL


4544771









ALJALIAN, NATASHA N.


3035649









ALLEN, THOMAS ATHERTON


2773232









ALLPORT, WILLIAM WILKENS


1764042









ALMASIAN, MICHAEL VAROUJAN


2550903









AL-NAIMI, MACHAILLE HASSAN


5137062









ALSAHLANI, MUTHNA SALIH


4709002









AMAH, UDOKA OBIE


4475612









AMAKO, OGECHI OBIAGELI LORRAINE


4642930









AMANEZIS, ZOE N.


5059795









AMINI, LISA


4123402









AMOBI, IJEOMA OLUCHI


4331385









AN, HONG JUN


4981346









ANATOLITOU, ANNA


4122859









ANDERSON, RACHEL HOPE


4383071









ANDERSON, KENNETH L


4259255









ANDERSSON-WILLARD, NINA ELISABET


4210167









ANDISON, TIMOTHY ALEXANDER GORDON


3975703









ANDO, JUN


4442570









ANDREWS, SARAH LENA


4446357









ANDROSKI, MARY B.


2609436









[*3]ANIEDOBE, CHRISTOPHER EGBUNA


3982196









ANSARI, IRAM KHAN


4427308









ANTHONY, STEPHEN MONYEL


4805347









APPIAH, JOHN FRANCIS KWESI OTUROKU


4166138









APPLEBY, RONALD CRAIG


2474088









ARAI, NAOKI


2469229









ARMSTRONG, CHANETTE JIYEUN LEE


2900488









ARRIETA, IGNACIO RAMON


4224838









ARROYO, ROBERT LUIS


2942977









ARROYO, DAVID MATTHEW


4372991









ASADA, TOMOKI


4253696









ASADI-SARAVI, KEVIN I.


4450169









ASAKA, ANSON CARLTON


2923340









ASHWORTH, WILLIAM ROBERT


2657963









ASTAKHOV, EVGENY V.


3015690









ATKINSON, EMILY REBECCA


4733325









ATUAHENE, BERNADETT


4219713









AVALLONE, JOY LINDSAY


4966123









AVERY, PETER MICHAEL


4409272









AWOSIKA, OMOTOLA OLUWAFUNKE


4048096









AWUAH, YAW OFORI


4432662









AYLESWORTH, KAFAYAT MORENIKE


4308722









BABB, MARGARET JOANN


2396703









BACH, BRYAN JOSEPH


4958435









BACON, ELIZABETH LOGSDON


2593226









BADANES, MARSHA SCHROEDER


2875102









BAE, JUNG HWAN


4914834









BAEK, JAE HO


4671780









[*4]BAEK, DAEYONG


4898623









BAEK, ARNOLD YOO-HUM


4414132









BAGEAC, CHRISTINE R.


2986156









BAHI, MYRIAM


4855987









BAI, JUNLIN


4976783









BAILESS, JESSICA ANN


4244257









BAILEY, BRIAN D.


4579074









BAKER, JAVONNA CIERRA


5167093









BALDWIN, COURTNEY LYNN


5112248









BALES, AMY RENEE


4390704









BALKE, GREGORY ALAN


2389682









BALL, JOSEPH AARON


4509329









BALLANTYNE, CHRISTINE MICHELLE


4319505









BALLEGOOYEN, JACK VAN


2566198









BALLON, DANIEL


4947594









BAMPTON, DEBRA KAREN


2845527









BANGURA, HAWA-JANE


2847176









BANKS, PATRICK VINCENT


4076709









BANNACH, KEITH BERNARD


2912350









BANSAL, JASPREET KAUR


4632774









BAO, CHEN


4319448




BARAQUE, GEORGE JUAN 

2533370









BARRACHINA, PAULA


5079652









BARRIE, THOMAS SHEARER


2670321









BARRON, KEVIN LAWRENCE


2178341









BARRON, SEAMUS JOHN


4911715









BARSIMANTO, MICHAEL ANTHONY


5155619









BARTLETT, LOU STEVENS


2287878









[*5]BASCH, SOLOMON HERTZEL


2469484









BASERI, NAZANIN


4914495









BASHA, BESIM


3070398









BASS, RICHARD WAYNE


4489852









BASS, ALLEN DEEPAK


4959078









BASTIAN, ZACHARY MICHAEL


5096102









BATEH, FUAD YOUSEF


3998770









BATTISTI, JOHN JAMES JR.


4711123









BAUDLER, DAVID EVAN


2208700









BAUMRIND, JOANNE SANDRA


2070969









BEAN, LONNIE JAMES


5119896









BECKER, MICHAEL KARL


2118008









BEDDINGFIELD, ANN S.


1884618









BEESLEY, SIMON RICHARD


4075271









BEHRMAN, ROBYN LORI


2615961









BELL, JOHN MICHAEL


4341939









BELL, ANGELA CHRISTINE


4506457









BENGI, TSIPORA


4905493









BENITEZ, WILFREDO


4076147









BENNETT, LEE ANTHONY


2965226









BENNETT, MICAELA PRENDERGAST


4436259









BENNINGFIELD, WILLIAM ANTHONY


4787313









BENSON, RICHARD W.


4113155









BENSON, BRUCE WILLIAM


2389914









BENZ, WILLIAM WALKER


4067096









BENZAQUEN, MAURICE


4049722









BERGLUND, GEORGE DARRELL


2249258









BERGMAN, ARTHUR


2292290









[*6]BERHANE, DANIEL MESGHENNA


4335535









BERKENBUSCH, KATHRIN


4004370









BERKOWITZ, NANCY LEE


2749901









BERLER-SHAPIRA, AYALA


2996668









BERNSTEIN, AMIR YAACOV


4021432









BESLOW, EDWARD DOAN


1883081









BHASIN, SAURABH


4428629









BHATTACHARYA, SHILPI


4636320









BHINDI, KETAN DHANESH


4840096









BHULLER, HARSHAREN KAUR


4425047









BIBLIOWICZ-GOTTLIEB, MALKY


4249132









BIDDLE, RANDAL SCOT


4093928









BIRINGER, KELLY JEAN


4892428









BISHNOI, ASHWIN


4593380









BISHOP, DONALD J.


1546340









BLINICK, JESSE NOAH SIMON


4623161









BLINKOVA, NATALIA VICTOROVNA


2990323









BLIZNIKAS, TOMAS


4112280









BLOCK, CARSON CUTLER


4378261









BLOMBERG, ERIC GEORGE


4351375









BLUMENTHAL, MORRIS


4306205









BOAKYE, MARY ADWOA


2818847









BOAKYE-AGYEI, DOREEN GENEVIEVE


4679353









BOBB, MATTHEW IAN


5024252









BOBENSKI, ANDREW LEE


4869459









BOBINGER, LINDSEY PATRICIA


4739223









BOBROW, ADAM FRANK


2902856









BOCHNER, JOANNA


4260600









[*7]BODIN, CAROLE


4749701









BOITEAU, MARISOL


4129458









BOND, KATHLEEN ELIZABETH


4978490









BONDER, ALAN M.


2519536









BONGARD, VICTOR III


2952539









BONNICI, GISELE LISA


2906980









BORDON, JEFFREY SCOTT


4772638









BORGFORD-PARNELL, NATHAN ARTHUR


4863726









BOSMANS, BERTRAND G.


2058659









BOSON, BO MARTIN


3896396









BOSWORTH, STEPHANIE MONIQUE


2656726









BOUBEKEUR, ILIANA NADIA


3934049









BOUDREAUX, JOSHUA PAUL


4636064









BOUILLION, KENNETH ANTOINE


4218129









BOUMAN, JEFFREY STUART


4030888









BOURDEAUT, THOMAS CHRISTOPHE


4539177









BOURKE, RICHARD DAVID


4422671









BOWEN, DIANA LEE


3985462









BOWLES, JENNIFER S.


3992997









BOWSER, ALAN STEELE


2896991









BOYD, MARY


4951554









BOYE, BOBBY WALLY


4786729









BOYKIN, JERRY WILLIAM


2993749









BOYLAN, ERIN ELIZABETH-ANN


4714911









BRANDT, COLEEN LEIGH


3946647









BRANS, DENNIS MARTIN


2195949









BRASWELL, JENNIFER WINSTON


4133088









BRAUN, DAPHNE CAMPBELL


3928603









[*8]BREGASI, FLORION


4426185









BREITOWICH, SYLVIA LEAH


5025820









BRENNAN, MICHAEL BARRY


3879368









BRESOLIN SILVER, SARAH KATHRYN


4605358









BRETTHOLZ, MYRIAM


4172045









BREWER, CRISTOBAL


4136784









BRIAN, DOROTHY ELIZABETH


4322285









BRIDE, MICHAEL THOMAS


4588679









BRIGGS, JULIET CHRISTOPHER


4951521









BRINGER-MERMONT, MATTHIEU JEAN


2688828









BRIZZELL, ANN MARGARET


4359154









BRODSKY, SANDRA EILEEN


2558427









BROMBERG, RACHELLE


2108298









BROOKS, THOMAS FRANK


2881191









BROOKS, JEFFREY L


4350971









BROWN, LAURENCE KENNETH


1597376









BROWN, G MICHAEL


1811066









BROWN, MICHELLE ANN


3892494









BROWN, WESLEY BRANDON


4027413









BROWN, ANNE MARGARET


4424875









BROWN, LISA N.


4274148









BROWN, STEVEN RAY


4861316









BROWNE, KATHLEEN R.


2914166









BRUDER, LAUREN JILL


2464121









BRUNKER, ALAN JAMES


4890786









BRYANT, MEREDITH ADELE


5178991









BUCKLEY, JOCELYN LOUISE


5163662









BUDISH, ADAM E.


2038875









[*9]BULJEVICH, ESTEBAN C.


3991270









BULLARD, SUSAN DIANE


4001798









BULLICK, RICHARD JAMES


4708970









BUMBACO, MICHELLE A.


2653558









BURBERRY, LIZABETH HEATHER


4514915









BURGER, THOMAS JOSEPH JR


2729192









BURIANOVA, KLARA


4134375









BURKE, JOHN JOSEPH ALOYSIUS


2290740









BURNS, RICHARD ALLEN


4309316









BURWELL, CURT EUGENE


4144820









BUSSU, ORLY


4236824









BUSTOS, RITA JEAN


4697538









BUTCHER, HELEN


4726071









BUTTERFIELD, FRANK RICHARD


4040044









BYRNE, THOMAS BENEDICT


4145280









BYRNE, MARTHA ELIZABETH


4505913









BYRNES, JILL MARIE


3027927









CADIGAN, RICHARD THOMAS


2976017









CAGANDA, MARIA FRANCIA FATIMA MADAR


4636056









CAGNIART, ANNE-LAURE VIRGINIE


5149075









CAI, YAN PING


4974598









CAIN, DAX ELLIOT


5068952









CAJIAO, XIMENA T.


2811479









CALANDRA, JOANNE M.


1934447









CALBO, LEONARD PETER


2525681









CALECA, JOHN JOSEPH


3056207









CALLIER, SHAWNEEQUA LAUREN


4499422









CALVIN, KELLEY AMBER TOMPKINS


4893343









[*10]CAMERON, DONNA MARIE


4421970









CAMME, KRISTIN MARIA


5129754









CAMP, JOHN W. II


3907615









CAMPANELLI, KRISTINE MARIE


4897229









CAMPBELL, ROXANNA SOPHIA


3995404









CANNIFF, CHRISTOPHER THOMAS


4961439









CAPACCIO, WENDY ELIZABETH


4043980









CAPITAN, JOSEPH DAVID


4754891









CAPONE, CHRISTOPHER JAMES


4691572









CARACCIOLO, DAVID


4094603









CARDONE, JESSICA LEE


4607487









CARMAN, MICHAEL LEWIS


4474524









CARROLL, EDWARD JOHN


2290195









CARVAJAL, LAZARO


4637112









CASAGRAND, ROBERT STEPHEN


4798708









CASCANETT, ANN ELIZABETH


4028585









CASEY, DONAL PATRICK


2558633









CASHMAN, DANIEL FRANK


1782333









CASIE CHITTY, ROZAIN ELIZABETH


4317186









CASPI, DAVID JORDAN


3007978









CASSIDY, JOSEPH FRANCIS


4155974









CASTANEDA, KAREN GAY


4428926









CASTRILLON, ANDRES A.


4577680









CAVANAUGH, JOHN JOSEPH JR.


5022694









CAYTEN, THOMAS E.


2195055









CECH-VINHAIS, VIKTORIA KAROLINA


2879765









CETINKAYA, EMINE OYA


4248951









CETKOVIC, DRAGAN MARINKO


2421311









[*11]CEVOLI, KRISTEN ROSE


4971198









CHAE, SUNG YONG


4632105









CHAFFEE, DEVON ELIZABETH


4769170









CHAMBAZ, NATHALIE BEATRICE CELINE MARI


4157889









CHAMBERLAIN, CLYDE ERNEST


2881977









CHAMBON, LAURA


4937546

CHAMSEDDINE, JAD 

4917092









CHAN, CHIH-WEI


4594461









CHAN, PEARL CHI PUI


4996740









CHANDARANA, YOGAIN JITENDRA


3897360









CHANG, YIWEI


2140200









CHANG, CHU-YOUNG


4057329









CHANG, YOUNG-SOO


4437356









CHANG, SHENG-HSIN


4238333









CHANG, GWIYOUM


4851648




CHANG, KRIS YUNHEE 

2901924









CHANG, HSUEH-E


4078622









CHANG, CAROLINE HWA-I


4068144









CHANG, BO EUN


5109897









CHANG, JOANN SEOJIN


4819231









CHANG, LING-FANG


5082524









CH'ANG, MICHAEL HSIN-CHIEH


4871851









CHAO, WEI-HUNG


2959948









CHAO, PEI-JUN


4750006









CHAPLA, JENNIFER KATHRYN


4709028









CHARBIT, JONATHAN


5173646









CHATFIELD, JEFFREY CHARLES


2528677









CHATTERJEE, SOHINI


4296125









[*12]CHATTERJI, SHAGOR KENT


2849818









CHATTHAWEESAK, THIRAPHAT


4958450









CHAUDHURI, PRIYANKA


4918629









CHAUDRY, MADEHA K


4478350









CHAYOUN, EMILY


4911012









CHECK, CAROLYN MICHELLE


4840187









CHEN, CHING-HUA


4671087









CHEN, LUYING


4230264









CHEN, XINMEI


4237467









CHEN, HAI-LUN


4727509









CHEN, CHENG-HO


4541736









CHEN, HSIN-YI


4436945









CHEN, YU-CHANG


4835740









CHEN, SZU-YU


4708822









CHEN, GARY


4624433









CHEN, CHIEN-YING


4452009









CHEN, XUNFENG


4945556









CHEN, YANYANG


4667127









CHEN, YING


5153390









CHEN, AIJING


5185475









CHENG, GUOCHUAN


4726162









CHEUNG, SAMUEL DAVID


4199824









CHEVALIER, MAURICE THOMAS


4902698









CHEW, ELLY


4352480









CHIA, DORCAS LU-ANN


4946224









CHIAZOR, PATRICIA


4071692









CHIN, SARA T.


4676607









CHINYERERE, POINTER KUFAKUNESU


5182142









[*13]CHIU, CHAOYUAN


4528717









CHIU, CHIEN-HSUN


4470043









CHO, LOUISE M.


2540029









CHO, SUNG KUK


4230793









CHO, SUNG HUN


5087143









CHO, SANGJOON


4766580









CHO, CHUNG HYUN


5057443









CHO, SOO-HYUN


4528600









CHO, HEE-KYOUNG SPIRITAS


4707345









CHO, SEUNG WOO


4854444









CHO, WON JUN


4492229









CHO, WOOHYOUNG


5056320









CHO, SOOYEON


4496162









CHO, YEN-AN


5087986









CHODOSH, LEONARD


1744374









CHOI, MYUNGSUK


4350641









CHOI, JAE SEOG


2910636









CHOI, CHUL WOOK


4560306









CHOI, YOUNG JOO


4570966









CHOI, MYEONG-HO


4264503









CHOI, INSUN


4503926









CHOI, INHO


4405742









CHOI, JONGMOO


4959623









CHOI, KYEUNG SEO


4677290









CHOI, JUNG YOON


4741963









CHOI, IN YOUNG


5017561









CHOI, SEUNG BUM


4957528









CHOKSI, RACHIT


4929683









[*14]CHONG, JONATHAN JOONG-MOOK


4592770









CHOO, HYUN CHUL


4604930









CHOU, CHENG-FONG


4950218









CHOUGH, WON HEE


5026729









CHOW, LILY YEE LEE


4731899









CHOW, ERIC


4673794









CHOY, SUNGWAN


4958765









CHRISNER, ERIC JOHN


4861944









CHRISTENSON, GORDON SCOTT


2298370









CHRISTIAN, GEORGE S.


2037984









CHRISTIAN, FREYA LYNN


2844348









CHUANG, SHIH-PAN


4919205









CHUN, SUNG KEUN


4755484









CHUN, KEE HONG


5107727









CHUN, RUTH YOUNG


4754933









CHUNG, SUNG BOK


2820140









CHUNG, SUN YILL


2779460









CHUNG, KEEYONG


4133963









CHUNG, HYUN JOON


5066519









CIBEJ, ZARJA


4525085









CIFUENTES DECASTRO, ALVARO C.


1907724









CIPRIANI, EUGENE NICHOLAS


2008852









CIPRIANO, TRACI ANNE


2915015









CLAASSEN, ROBERT ALEXANDER


2546208









CLAPHAM, RONALD JOHN


2339562









CLARK, JOE BRENT


1839398









CLARK, STEVEN


2974384









CLARK, CHARLES FRANCIS


2843753









[*15]CLARKE, DONALD HARRISON


1815760









CLARKE, JOHN HARRISON


4327540









CLARKE, KANDACE LYN


5064928









CLAY, JOHN REED


4418778









CLEMENS, DAVID HAMPTON


4498457









CLORE, BRENT KENNETH


4922019









COCHRANE, KAREN DENISE


1804137









COFFEY, ANDREW JOHN


4910915









COGAN, KATHLEEN ANNE


2270932









COGAN, BILL


4696290









COGGAN, JAY MARSHALL


4483590









COHALAN, CARMEL MARY


4950630









COHEN, AVI


2056398









COHEN, FREDRIC R.


1860808









COHEN, ROBERT FREDERICK


1526433









COHEN, DAVID SAMUEL


3062890









COHEN MCGREGOR, LESLIE ANN


4680401









COLDWELL, FREDERIC LEWIS


2497774









COLE, FELICITY ANN


2078756









COLE, OLAYIMIKA ELAINE


4054748









COLL, MARY ELIZABETH


4484002









COLLENDAVELLOO, KAREN SARAH


4956777









COLLEYE, ELIZABETH HILLIARD


2801249









COLLINGS, JUSTIN MICHAEL


5171962









CONNEELY, MARY MOYNIHAN


4075685









CONNOR, BENJAMIN IAN


4953618









CONOBY, MARK JOSEPH


2318939









CONRAD, MATTHEW ALEXANDER WILLIAM


5030721









[*16]CONTE, RICHARD JOSEPH


2803120









CONWAY, PATRICK JOSEPH


2489565









COOK, NANCY LOUISE


2889293









COON, DEAN MORRIS


1617844









COOPER, LISA A


2637338









COOPERMAN, ERIN BETH


4866299









COPENHAVER, CASSANDRA ANN


4343943









COPPOLA, PAUL MATTHEW


2807055









COQUEBERTDENEUVILLE, HELENE


2850535









CORCHADO, CARLOS JR


4248423









CORRADO, MEGAN ELIZABETH


4905550









CORSI, TIMOTHY MATTHEW


4917514









COSTLEY, STEPHEN L.


1939388









COTICCHIA, JOSEPH LOUIS


2339703









COUNSELL, LORNA JOY


4026225









COVEY, JUSTIN HUGH


4993473









COVINO, ALFRED MICHAEL


2499366









COX, DAWN CARESSE


2929925









COXETER, DANIEL T.


1281898









COXETER, SUSAN J.


1830082









CRAIG, CYNTHIA DIANE


4079497









CRAIG, SUSAN REBECCA


4607347









CRALLAN, SHONA MACKINNON


4417242









CRAWFORD, CURTIS RYAN


4517843









CRAWFORD, JASON GETHING


4870630









CREAGAN, NANCY WHITE


2181709









CREEGAN, TARA MARIE


4631974









CROKER, FIONNUALA


4305561









[*17]CRONIN, MICHELLE BERNADETTE


4679684









CRONIN, JOHN CONOR


5176011









CROUSE, JOSEPH R.


1770999









CROWE, DECLAN PETER


4937348









CRUDUP, JEFFREY MICHAEL


4517124









CRUZ, AVELINO JOCSON JR


2366540









CRUZ, ALBERT E.


2334381









CUMMINGS, RICHARD MARK


2844140









CUMMINGS, SHARON LOUISE


4173910









CUNNINGHAM, GAVIN ROBERT


4345971









CURRAN, CHRISTINE FLYNN


4801619









CURRY, PETER M.


1998632









CURRY, JOHN FRANCIS


4499620









CURTIS, CHERYL ANN


4346672









CYMET, JEFFREY ROGER


2402873









DA CUNZO, DANIELLA DAWN


4225355









DABULI, THERESA MARIA


4950143









DAFETA, OMATSHOLA ENAFETE


4087581









DAHAN, LESLIE ELLEN ABELLA


2736668









DAHLEH, MUHAMMAD AHMAD


2628725









DAINES, DONALD RICHARD


2019636









DALY, CLARE MARGARET


4835757









DALY, BRIAN DENNISON


4727848









D'AMICO, DANIELA ROSANNA


4236402









DANIELS, ALEXANDER RICHARD


4917761









D'ANTONIO, VINCENT JOSEPH


2507663









DARENDELILER, ZEYNEP DURNEV


4813341









DASHEFSKY, RICHARD L.


1959535









[*18]DAUPHIN, ALICE CHRISTINE


2532877









DAVIDSON, NAOMI LOUISE


2419042









DAVIE, DOUGLAS ANDREW


3999331









DAVIES, ROBERT BENJAMIN


4976973









DAVILA, CATHERINE


4389078









DAVIS, FREDERICK EDWARD IV


4941241









DAVIS, JEFFREY MICHAEL


4913711









DAVITT, CHRISTINA MARIE


4372454









DAWILAN, FULVIO DONGGAAS


4909750









DAY, AMY ELISABETH


4492898









DAZE, ANDI DAVID


4849733









DAZIN, EMMANUEL XAVIER


4428322









DE BONIS, VICTOR MICHAEL


1768910









DE DIOS, MIGUEL ANGEL


2422830









DE KORTE, JURJEN PHILIP


3983145









DE VRIES, ERAN


4638664









DEAN, PHALADYA WYETA


2931590









DEBONEE-WEIXEL, MARJORIE MAY


2969970









DECRESCE, EVAN DOLAN


4914685









DEFOE, ANTHONY EDWARD


4599247









DEFRANCO, ALLISON STEPHANIE


4809786









DEGRUCCIO, CHARLES GERARD


2600385









DEGUILO, LEA CHRISTINE


2921740









DELIN, SYLVIA KAUFMAN


4570255









DEMENGE, ISABELLE ANNA


2941052









DEMOND, WILLIAM P.


4534434









DEMPSEY, MATTHEW JOHN


3996931









DENG, DAVID KWOL


5168372









[*19]DENG, ELIZABETH ASHAMU


5133541









DENG, JINTING


4887436









DENISON, THOMAS RENAU


4261335









DENNEHEY, JAMES ROGER


1263177









DENNIS, MICHAEL JOHN


2085280









DENNIS, JUNE ANN


4403119









DEPTULA, MARTIN G.


3047172









DERKYI, ATTA KAKRA


2559482









DEROSE, RONALD C.


4165882









DESAI, PARUL PRABODH


3991007









DESAI, NEAL DEVAN


5075411









DESOUSA, CYNTHIA ANNE


3037546









DESOUZA, IANA CARLEEN


4557187









DESSEIN, PIERRE ALAIN JOSEPH


4790770









DETAFFIN, OLIVIER


4113254









DEY, MAUREEN ELLEN


2263358









D'HONDT, AMAND BENOIT


4636734









DIALLO, SALIMATOU


4354353









DIAZ, JENNY C.


4356986









DICKEY, NANCY JANINE


4686614









DIGIACOMO, CHRISTOPHER J.


4631347









DILL, SHAKIRA


4748810









DILLON, MARY FRANCES


4348843









DILLON, LORY CHIPPS


3996451









DIMAS, ARTHUR


2831006









DIMENGO, KATHERINE MARIE


4860623









DINEGAR, HARRIET CAROLINE


2714392









DINER, ALAN SAUL


4329363









[*20]DIRKIN, WALTER JOSEPH


4003356









DISMORE, MACKENZIE LYNN


4710778









DIXON, JESSICA AGNES


4000584









DOBNER, ARI


2857191









DOBREVA, ANELIYA MARINOVA


5013081









DOBROSHI, ANDUENA


4075305









DOHERTY, MAURA MOLLOY


4563466









DOIGAN, LLOYD DAVID


1223874









DOMBROSKE, GEORGE MARTIN


2794147









DONG, MING


4927372









DONG, GANG


4697066









DONG, XIAOJIE


5073002









DONG, SHENG


5136213









DOOLEY, ANN MARIE


2112621

DORFELD, PAUL DONALD 

4988655









DORMAN, ARNOLD JAY


1237064









DOROTAN, MARIA LUWALHATI CASANOVA


5079769









DOUGLAS, ERIN KATHLEEN


5060819









DOYLE, CONOR ANTHONY


4206801









DRORY, MICHAEL SHELDON


5097969









DUBINSKY, PAUL RICHARD


2431567









DUBITSKY, DOUG


4102653









DUBROFF, HAROLD


1077411









DUCHARME, DANNY JOSEPH


1859198









DUFFY, JOSEPH GERARD


4392338









DUFFY, EAMON


4530200









DUFFY, KIMBERLY JEANNE


4889747









DUMAS, MARK EDWARD


4329504









[*21]DUNDAS, ALLISON ANN


2874212









DUNKLEY, ANIYA MARIAMA


4568994









DUNN, PATRICIA ALICE


2248987









DUNN, JONATHAN ADAM


4706735









DUPEYRE, ROMAIN SERGE


4405700









DUPUCH, SAMANTHA VIRGINIE


5040001

DWORNICZEK, KELLY ANN 

4297073









DYNOWICZ, KIMBERLY PAIGE


4106332









DZUGAY, KURT HOWARD


3000940









EARLE, ELIZABETH PATRICIA


3927985









EARLIE, KATHRYN MARY


4382271









EASTON, STEPHEN WHITNEY


1435437









EBERLE, GEOFFREY DANIEL


2470920









EFEYINI, HOPE AKPOBARO


3964954









EGBUIWE, ROSE NONYEM


4241303









EHALT, MARY BETH


5080858









EITEL, DOUGLAS RAY


2241370









ELENDU-OKORONKWO, CHIGOZIE NNENNA


4862694









ELIAN, SHAIMAA MOHAMED IBRAHIM HAME


5042387









ELIASOPH, ELLEN RUTH


1844117









ELLINGTON, MICHAEL LEONARD II


4235537









ELLIOT, THOMAS ROBERT


4881678









ENDO, HIROMI


2470599









ENDO, COREY MARIKA


4406526









ENGE, GLORIA


4896494









ENGINDENIZ, MERT


2882389

EPSTEIN, DEBORAH LYNN 

2288520









ERCOLANO, THOMAS III


4956231

EREWUNMI, FATAI 

4932588









[*22]ESCANDON, JOSEPH H.


4604781









ESPINOSA COLOMA, SOPHIA FERNANDA


4708343









ESSIEN, SUNDRA VICTORIA


4899035









ESSIG, PHILLIP CHARLES


2083707









ESSUMAN, KOW ABAKA


4795308









ESTES, MAIA HUNT


4425005









EVAN, MARYANNE


3928322









EVANS, EDWARD ROGER


1982628









EVANS, SARAH RUTH


3960796









EXIOMO, GEORGE PAMINTUAN


4711636









EZURIKE, IBEAKOLAM KWAME


4694519









FABREGA, MARELISA DEL CARMEN


2803385









FACTOR, AVIVA


2916393









FAHY, ELAINE LUCILLE


4448577









FALADE, OLUTOYIN TITILAYO


4357364









FALLAS, THOMAS MICHAEL


3046604









FAN, YI


4441127









FANELLI, MICHAEL JOHN


2774164









FANG, YU-HUA


4865523









FARMER, THOMAS LEO


2598233









FARRELL, CIARA BRIGID


4787065









FARUQ, LUBNA TANYA


4609608









FASUNLOYE, DAVID T


4320107









FAUST, WHITNEY STAFFORD


4580460









FAVREAU, GLENN JOSEPH


4485058









FAY, THOMAS PATRICK


2214559









FAY, MEGHAN RHIANNE


5042635









FAZZONE, RICHARD ALLAN


1610237









[*23]FEDERIZON, RAMON REYES


4450219









FEDERMAN, LYNNE HALLI


1068212









FEENEY, CIARA


4475430









FEOLA, MICHAEL TODD


4498796









FERGUSON, ANTHONY BALLORD


4956983









FERGUSON, MATTHEW OLIVER RAMBARRAN


4316378









FERNANDO, KANCHANA NILMINI


5075668









FIELDER, WAYNE M.


1899483









FIGULI, SHADI REZVANI


4867347









FILIPPS, ALLYSON


3947231









FINE, SHERRI REESA


2522092









FINE, JONATHAN DAVID MACLACHLAN


4111407









FIORENZO, BRADLEY JAMES


3970753




FISCHEL, VALERIE SUSAN 

2703007









FISHER, NANCY E.


1960335









FISHER, MAIA SIMONE


4236584









FISHER, LAURA MARIE


5159702









FISHMAN, ALEXANDER SAMUEL


2989341









FISHMAN, NEIL S.


4437026









FITZGERALD, JONATHAN SCOTT


4225488









FITZGERALD, BARRY EDWARD


4411559









FITZGIBBON, ANNE DARA


4953188









FITZHENRY, EMER ANN


5026612









FITZPATRICK, SINEAD EILEEN


4944476









FJELDGAARD, LASSE


4960191









FLEISCHMANN, LAURA ANNE


4493227









FLOOD, JAMES GERARD


2396091









FLOOD, SIOFRA NIAMH


3951142









[*24]FLYNN, ROBERT BELSON


2471928









FLYNN, JILL BETH


2952133









FOFANAH, BRAIMA


3977402









FOLEY, JOSHUA HARTY


4209243









FORAN, SUSAN ELIZABETH


2263630









FORDE, TIMOTHY JOSEPH


2339851









FORDE, SIOBHAN MARIE


3979796









FORMAN, MICHAEL SPENCER


4774899









FORSTER, LAWRENCE D.


1986629









FORTUNA, JILLIAN


4811162









FOSTER, GLENN BRIAN


2264133









FOUDRIAT, BRUCE M.


2868321









FOWLER, MATTHEW REGAN


3950037









FOWLKES, BRITTANY LEIGH


3992161









FOX, CHRISTOPHER MICHAEL


4747259









FOX, LAWRENCE STEVEN


5157615









FRAGOLA, VINCENZO


4517934









FRANCELLO, ROBERT


2149037









FRANCIS, MELISSA


2803765









FRANKLIN, ADAM REUBEN


4577995









FREY, ANNA-MIRJAM


4845483









FRICAUDET, FLORENCE


4510533









FRICKE, INGA LUISE


2875870









FRIEDMAN, MIRIAM JO


2589380









FRIEDMAN, ROBERT


4757712









FRIEDMAN-HAUSER, ERAN


4133203









FRIEND, MARTIN BARNETT


2689719









FRONTCZAK, MORGAN FARGARSON


4133427









[*25]FU, CRYSTAL


4219226









FU, XIAOCHEN


5036942









FUENTEBELLA, ARNULFO P.


1959212









FUKUDA, RYO


4613998









FULFORD, PRESTON IVAR HODGES


2964039









FUNG, MARY KUK LIN


2152106









FURMAN, JEFFREY LEWIS


1245182









FUSCO, MICHAEL ANDREW


2994739









GABLE, JENNIFER DENISE


4428728









GABRIEL, COREY JOHN


4641999









GABRIELSEN, JASON DOUGLAS


4806295









GAFFAN, MAYA


4607180









GAGLIARDI, JOSEPH MICHAEL


4961777









GAL-ALTBAUER, DANA


4826848









GALLAGHER, MOLLY ANN


2472983









GALLAGHER, JOHN MICHAEL


2478501









GALLAGHER, ELAINE D.


4580023









GALLON, MICHELLE PATRICIA


4128260









GALVAN, SANDRA


3931599









GAMM, EVAN DAVID


4108502









GAN, NING


2847390









GANDHI, RUPALI


3997483









GANDULFO, PAULA


4350906









GANNON, FRANK M.


2105815









GANNON, JOSEPH RICHARD


4729398









GANNONE, DAVID CHRISTOPHER


4802310









GANT, JONATHAN


4986519









GANTZ, ADAM JEREMY


4824371









[*26]GARBUTT, JONATHAN NEIL


4416210









GARCIA BOUZAS, EVA


4614137









GARCIA MORENO, PABLO ANTONIO


2500072









GARCIA-BOKOR, AMY BETH


2894715









GARRARD, IAN MICHAEL


2481810









GASPARRO, NICKOLAS P.


4716858









GAUDET, MATTHEW CHRISTOPHER


2927556









GAUGHAN, AOIFE MARGUERITA


4219069









GAUTHIER, EDWARD CHARLES


4667077









GAYLORD, TRACY ANN


2729739









GELBLAT, ALEXANDRE JONATHAN


4896502









GELLER, LISA SARA


4203253









GENGLER, COURTNEY ELIZABETH


4344073









GENOT, CLAIRE KIMBERLY


4580759









GEORGE-CHENIARA, ELIZABETH FELICIA


4286951









GEORGES, ELIZABETH MARINA


2686152









GERAGE, ROBERT GARY


4340451









GERMANO, MICHAEL NOLE


4090411









GERSON, JOANNA BEATRICE


4263992









GHEORGHITA, CRISTINA


2877843









GHOSE, JOHN SHANTANU


4380440









GILBERT, MATTHEW MICHAEL


3948270









GILL, LATHE SHELDON


3974425









GILL, JASON EDGAR LEWIS


4682191









GILL, NAVPREET KAUR


5063045









GILLESPIE, JULIETTE PATRICIA


4428215









GILLIS, BORDEN ROBERT


3028578









GIORDANO, JOSEPH ANDREW


4952826









[*27]GIRAUX, ARTHUR DOMINIQUE


4902656









GISSIN, VALENTINA M


4330262









GLASER, ANDI RAE


3998416









GLASS, COLM MAOLMUIRE


2573178









GLEICHER, DAVID WILLIAM


2262905









GLENCASTLE, OLIVIA


4956454









GLYNN, KEVIN MICHAEL


4332037









GODA, TAKAHIRO


4954350









GOLD, TSVI JOSHUA


3935780









GOLDMAN, JUDITH ELISE


4229704









GOLDSTEIN, ROBERT MICHAEL


2813913









GOLDSTEIN, EITAN MICHAEL


5132782









GOMEZ, ANDREW CHRISTOPHER


4896023









GOMEZ POMBO, ERNESTO


4861019









GONCALVES, MARILYNE PEREIRA


4256525









GONCALVES, TARSIS HENDERSON BARRETO


4961868









GOODMAN, KENNARD MORRIS


1812759









GOODMAN, WILLIAM DONALD


1905058









GOODMAN, GLENN DAVID


4577607









GOPALA KRISHNAN, ELSA ODETTE


4143673









GORDON, MARK EVAN


4956843









GORHAM, JOEL PHILIP


1290048









GORMAN, TERRENCE ANTHONY


4203865









GOTTFRIED, NANCY JANET


2179414









GOTTLIEB, ALAN J.


1881705









GOTUZZO, GIANINA


4087094









GOULD, PATRICIA H.


2604304









GOVE, STEVEN CHARLES


4135000









[*28]GOZON, FELIPE L.


1955764









GRABLE, LLOYD RAUL


1850379









GRABOWSKI, AMY BETH


4094066









GRAICHE, STEFAN


4636791









GRANT, MARY ELIZABETH


2996205









GRATZ, ROBERT DAVID


4562195









GRAY, BILLIE


2081370









GRAY, NIAMH ROSE


5165964









GREEN, CHRISTA LYNN


4548434









GREEN, BRIANA CHRISTA


4695458









GREEN, ADRIAN GEORGE


4734083









GREENLEAF JONES, SHARI LYNN


2114239









GREENZANG, STEVEN SAUL


1702083









GREGG, ROBERT SCOTT


4607990









GREGORY, AMANDA MARY


4668265









GRIESER, AARON PAUL


4637591









GRIMALDI, RALPH CAMORS III


4409421









GRODMAN, IAN RICHARD


2543924









GROSSE, DAMIEN


4585592









GROSSMAN, LIANA RACHEL


4475513









GRUNWALD, ANNE CATARINA


4351268









GRUSHCOW, JEREMY MAXWELL


4442836









GRUSS, JOSEPH WILLIAM


4531844









GU, WEI


4114112









GU, SHIANG-LING


4303053









GU, WENTING


5140330









GUARDIA, MARIA CRISTINA


4792602









GUERRERO, MARIA INES


4071437









[*29]GUILHEM-DUCLEON, SOPHIE CHANTAL


4045274









GULLUNI, ANTHONY DOMENIC


4738100









GUO, YI


4605275









GUPTA, DHRUTI GIRISH


4197406









GURRERA, ANGELA MARIE


3023033









GUTCHESS, GARY H.


2104248









GUTH, EHUD YOEL


2221984









GYLES, MICHELLE TRACIEANNE


2568731









HAENLE, JUTTA


3879384









HAERIZADEH, SONIA


5137021









HAFKIN, JESSICA ELISE


4662045









HAGAN, WILLIAM JOSEPH


4134649









HAGG, KELLY FITGERALD


4037073









HAH, JUNG CHUL


4885315









HAHN, RICHARD H.


4441549









HAILE, HANNA AZBAHA


5069117









HAINES, LISA BONNER


3951373









HAISCH, ANTHONY ALBERT


2290708









HALE, AMY CATHERINE


5046982









HALLADAY, CASEY WILTON


4395299









HAM, JUNG HOON


4955233









HAMLIN COLLINS, ALLISON SARAH


2678522









HAMPEL, SHONA ELIZABETH


4531281









HAMPTON, JON GOULD


2919835









HAN, SANG-WOOK


3063864









HAN, HEECHUL


2872075









HAN, SEUNGHYUCK


5112362









HAN, HYEWON


4750840









[*30]HANLEY, JESSICA


4988564









HANLON, SETH DAVID


4666392









HANLON, KATHLEEN ELIZABETH


4543229









HANNA, MARK PATRICK


4518841









HANNA, AUDLEY DAVID JR.


4649174









HANNA, CATHERINE ELINOR RUTH


4643557









HAO, QIAN


4061644









HARKIN, NICOLE ANASTASIA


4546263









HARMER, TONI LOUISE


4539086









HARRIS, NICOLE BESS


3943834









HARRIS, MORGAN ALICIA


4025516









HART ROMAN, JOSMAR


4676789









HARTE, HEATH DUDLEY


2208395









HARVEY, JOSHUA ALLEN


4331237









HASSAN, MEAGAN ELIZABETH


4570578









HATFIELD, SLOAN EDWARD


5125737









HATHAWAY, DIXIE A.


1981729









HAUG, JONATHAN C.


4737961









HAUGH, DONAL MICHAEL


4283354









HAUSIRER, RONEN


4490967









HAUSKENS, KIM TAYLOR


4541249









HAUSMAN, MARTHA ALISON


2459345









HAVEN, NANCY C.


1927060









HAYHURST, ROBERT HUGH


2440121









HAYS, JOHN JAMES II


4746756









HE, WENGANG


4289302









HEALAN, MICHAEL DAVID


4552683









HEALEY, MICHAEL E


4429874









[*31]HEATH, SPENCER DUFF


4267902









HEMSTEAD, GILLIAN RUTH


4488797









HENDRICKS, WILLIAM N. III


1894997









HENNIGAR, MARY JO


2206464









HERNANDEZ, SEAN MARCIANO


3939121









HERNANDEZ, JENETTE


4345070









HERNANDEZ, ANNERIS VIRGINIA


4748646









HERNANDEZ CUEBAS, JOSEPH WILLIAM


2218428









HERRERA, MARCO ALEJANDRO


4377792









HERRICK, BENJAMIN S.


4149357









HERSH, JOSHUA ZALMAN


2698900









HERTEL, CHRISTIAN OLIVER


2703890









HERTZBERGER, WOUTER


4089215









HERZ, JENNIFER ANN


4756383









HEYDARY, JAVAD


4089777









HIGGINS, LOUIS HALL


1225580









HILLMAN, ALISON ASHLEY


4306452









HINCKLEY, PETER RUSSELL


2760460









HIPPER, TODD STUART


4086716









HIRSEMAN, DANIEL DREWS


5069612









HITE, CHRISTOPHER DANIEL


4769782









HODGE, JOY ELIZABETH


4636650









HOFFMAN, H. TIM


4935748









HOFFMAN, CARY SCOTT


2331700









HOFFMAN, SHANNON LYNNE


2801793









HOFFMAN, AMBER SIOBHAUN


4114500









HOLLEY, ANNE OBIDINSKI


2096014









HOLLIS, JADE


3939436









[*32]HOLTZ, JONATHAN PAUL


4606273









HONG, JEONGSOON


3049525









HONORE, EMILIE JEANNE


4529509









HOOVER, WILLIAM THOMAS


5164629









HOQUE, NINA NASEEMA


4077285









HORTON, JAMES DANIEL


4642690









HOSCAN, TUNC NURI


4583290









HOUGH, MURRAY LEEVERN


2083012









HOVE, YVONNE MARIE


2847218









HOW, CHUN FAI


4385704









HOWARD, JANET-LYNN


4159786









HOWSON, MICHAEL JOHN


5179205









HOZAKOWSKA, JULIA MAGDALENA


4581963









HROZENCHIK, MARK WILLIAM


2891497









HRUSKA, JEANNE ORRISA


4927422









HSIAO, WEI-CHUN


4860789









HSIAO, PING KUO


5133426









HSU, YAO-CHING


3070166









HSU, PETER CHRISTIAN


4328373









HU, TIE


5111810









HU, WENJING


5117866









HU, YANFENG


4989810









HUANG, ENHSU


4260329









HUANG, SHU-YUAN STACY


4754354









HUBLI, KENNETH SCOTT


2338978









HUCKLE, JOHN W.


1207596









HUDSON, LUCRECIA DIAZ


2636397









HUH, YOUN JEE


4945309









[*33]HUNG, YU-CHUAN


4707295









HUNG, LENG-CHIA


4936936









HUNT, WILLIAM KENNETH


2772663









HUNT, BRIAN MICHAEL


4422937









HUPP, JASON HOWARD


2941151









HUPPUCH, THOMAS WARNER


1432822









HUR, BO YOUL


4633459









HURLEY, STEVEN PAUL


2495117









HUSISIAN, JEFFREY


2871119









HUSSEIN, YITZHAK E.


4390902









HUSUM, HOWARD FALCK


1766377









HWANG, BYUNG ZOO


4748612









HWANG, SUNG YOUL


4871620









HYLTON, BRIDGETTE LORANE


4803912









IBIRONKE, ADEYEMI ADEBANJO


5113881









IBONGO, IRENE NJERI


4397584









IDOWU, OMOTOLU OPEYEMI


4217956









IHM, STEPHEN LAWRENCE


2782944









IKEDA, TAKAHIRO


5172812









ILMONEN, KLAUS RISTO


3950177









INAMORI, KOICHI


5160643









INBAR, AYA


4538427









IORDANIS, ANASTASIA ALEXIS


4872032









IRIE, AKIFUMI


4594347









IWACHIDO, SHINGO


4687521









IWAKI, NAOKO


4407250









JACOBSON, YONINA M. BENDHEIM


4455051









JACOBSON, EDWARD HENRY


5022926









[*34]JACOBY, LEV SAMUEL


4742458









JACQUES, STEPHEN CHARLES


2942944









JAGTIANI, SHARAN HARESH


4146767









JAHN, CYNTHIA JEAN


2287357









JAKUBIK, JEROME WALTER


4036422









JAMES, ELLEN MOSEN


4049342









JAMES, ROSEMARY B.


2915999









JAMES, JENNIFA


4959409









JAMES, JESSE MCCOY


5018940









JAMISON, WILLIAM HOLDEN


2289353









JANG, JISOO


4035390









JANG, JU BONG


4868071









JANG, RU-UEN


4934279









JANSEN, MICHAEL


4213229









JARMUKHANOVA, DINARA MARAT


4260238









JARRACH, PATRICIA LYNN


4021622









JARUZELSKI, JANINA A.


2038362









JEFFER, PETER ALAN


2141604









JELENSZKY C, ENRIQUE R.


2294023









JENKINS, MARYLIN


2429124









JENKINS, CLAIRE ELIZABETH


2892511









JENNINGS, RUFUS ANDREW


4304457









JEON, YONGJIN


2382190









JERONIMIDES, HAYDEE ROSEMARY


2687572









JI, JUN


2980993









JI, MING


4332060









JIA, DIYAN


4949962









JIN, XIN


4076899









[*35]JIN, HAO


4866919









JIN, MINGYI


4823894









JING, LI


4711792









JIRON, JUSTIN PATRICK


3047651









JO, JEONGGYU


2756922









JO, KANGHEE


4335766









JOBSON, KEVIN ANDRE


4733945









JOHNS, CHERYL MILLER


4424503









JOHNSON, JAMES C.


1606722









JOHNSON, MICHAEL LEE


4710802









JOHNSON, ROBERT CLAUDE


4733465









JOHNSTON, GARY WILLIAM


2668085









JOHNSTON, COLM PAUL


4643540









JOLICOEUR, MIRANDA GEORGIA


4666012









JONES, CHRISTOPHER STEVEN


4255410









JONES, KALI CHANTELLE


3937513









JONES, LAURICE ELIZABETH


2985638









JONES, BRANDON DOUGLAS


4830725









JONES-JOHNSON, TAMBIA ISU


4727400









JORDAAN, JASMINE HALBREICH


2971745









JORDAN, BARRY JOSEPH


4636841









JORGENSEN, SUZANNE


1861723









JOSEPH, JOSHUA MINES


4674636









JOVANOVIC, HEIDI-HAKONE LOUISE


4041992









JOYCE, DEEPAK JOHN


4117016









JU, SOONAH


4293049









JUDGE, ANDREW DEREK


2843696









JUN, SOOHYUN


4174454









[*36]JUNG, TAESOO


4362802









JUNG, JOONGBAEK


4175089









JUNG, SU YOUNG


4940698









JURKOVIC, DANIEL JAMES


2898831









JUUL, PHILIPPA JANE


2347375









KABIR, MARGUB


4531489









KACHIKWU-OWEH, TANIA J.


4516472









KAHAN, JEFFREY MARK


2425106









KAHL, ABIGAIL DENBEAUX


4124137









KAHLER, MARK P.


1401975









KAISER, REBECCA LYNN


4855078









KAKIGUCHI, YUJI


4138541









KALINOV, ALEXANDER A.


4160669









KANARFOGEL, TOVA L.


4649877









KANG, CHUNG EOK


2699700









KANG, SINHA


4479143









KANG, MIN KOO


4816195









KANG, SHIN HO


4573911









KANG, HEUM JENG


4614616









KANG, XIAOLEI


4756177









KANG, HAN SUNG


4520177









KANG, SHI


4318739









KANG, HYE LIM


5072970









KANG, HYOWON


4927695









KANIARU, MUTHONI WACIENI


3891272









KANODIA, SHAHANA BASU


3026424









KAO, ELIZABETH CHING WEN


5066279









KAPASI, MUSHTAQ ASAGAR


4210084









[*37]KAPLAN, DALIT RIVKA TSIPORA


4914941









KARAM, WILLIAM BRIAN


4308466









KARIM, SHEBA


4149159









KARL, ANN MARIE M.


1965581









KARO, RICHARD MICHAEL


5014709









KASIANKO, MAURICIO PABLO


4215224









KATABUKA MUGISA, BENJAMIN


5070438









KATCHMER, GEORGE A.


4714622









KATSUMATA, MANABU


4741229









KATZ, SARAH REBECCA


4230652









KAUR, SUKHVEER


5173430









KAWAMURA, KAZUHIRO


4403770









KAYSER, ANNA CAROLINE


4840484









KEANE, DENIS JOHN


2847309









KEARNEY, ADAM J.


3988284









KEDDIS, MARISSA ANN


4857777









KEENEY, JOHN PATRICK


5074166









KEITH, HEATHER COLLEEN


4711925









KELLEHER, ROBERT JEFFREY


2353654









KELLEHER, SHANE DANIEL RICHARD


4237673









KELLEHER, JAMES JOHN


4719969









KELLEY, MATTHEW THOMAS


4360707









KELLEY, JENNIFER KELLY


4116620









KELLY, SARAH THERESE


2739860









KELLY, IMELDA BRID


4204665









KELLY, ERICA MARGARET


4922266









KENDRICK-HANDS, KAREN D.


1883834









KENNEDY, RICHARD ANTHONY JR


2630242









[*38]KENNEDY, JAMES HOLLACE


4094314









KENNEDY, ELIZABETH J.


5064639









KENNEDY, MICHAEL AARON


4079463









KENNEY, TARA LYNN


4145132









KENNY, BERNADETTE MARIE


4110615









KERNER, LISA JEANNINE


2602597









KESNER, AMY


2454379









KETCHEN, ANN F.


3997269









KEUM, YOONSUP


4614624









KEUTMANN, ANDREW KOBEL


5017264









KHADEM, BABAK ROD


4328035









KHAITAN, ASHUTOSH


4323986









KHAN, OMER ZESHAN


4476867









KHAN, IRUM NAZ


4295481









KHAN, GULL YAMIN


4315347









KHAN, TANIA NAZ


4709648









KHANDUJA, SIMRAN


4830667









KHANNA, MELANIE JEAN


2889574









KIBATULLIN, TIMUR N.


2849289









KIM, HEE-JIN


2321735









KIM, KYUNG CHEOL


3041654









KIM, GWANGHO


2208015









KIM, EUIHYUNG


2569986









KIM, DONG-OH


2287662









KIM, DONGHYUN


4149951









KIM, SEO BUM


4381026









KIM, JONG CHEON


4539383









KIM, HAENG-SERN


4026746









[*39]KIM, CHANG HO


4310447









KIM, MI-KYUNG


4552022









KIM, HAKKYUN


4313045









KIM, SEOK-YOUNG


2870459









KIM, MIN HEE


4396438









KIM, YONG-HO


3992211









KIM, JIN HAN


4138855









KIM, JONG BONG


4389359









KIM, IN SOOK


4486395









KIM, JOO-MEE


4092565









KIM, HYUNCHOONG


4091534









KIM, DOKYUN


4247649









KIM, YOUNG SOU


4830980









KIM, HO JIN


4941308









KIM, SAE YOUN


4888046









KIM, SUNG HO


4749685









KIM, BYOUNG HEE


5192018









KIM, YUJIN


4560108









KIM, JOHN CHUNDOO


4665188









KIM, BUMJIN


5141833









KIM, KWANGRYONG


5152442









KIM, HELEN


3946688









KIM, TE-HYEE


4559688









KIM, WOOKBAI


4804126









KIM, BONG WON


4733119









KIM, SUNG WOOK


4847554









KIM, WOOK JUN


4787966









KIM, SEONG HOON


4831343









[*40]KIM, BEOM JOON


4637740









KIM, MUN SU


4702031









KIM, DONG WON


4767877









KIM, KYOUNG YEON


4571055









KIM, JEONG-HOON


4305090









KIM, JOOHEE


4336269









KIM, KI TAE


4800108









KIM, TAEWAN


5051347









KIM, KYU HYUN


5182423









KIM, JANG HEE


4782702









KIM, JUDY


4226189









KIM, SEONG-SU


5142138









KIM, KI NAM


4988606









KIM, HERAN LAUREN


4469987









KIM, GUN


5104989









KIM, KYUNG JIN


5014196









KIM, MONA HYEKYUNG


4733788









KIM, MOOWI


4662250









KIM, JIHWAN


4965208









KIM, MICHELLE MEEJUNG


5182050









KIM, EUGENE


4905972









KIM, HAE YOUNG


5100052









KIM, SUNGKEUN


5175062









KIM, HAIREE


5157474









KIM, JINSUB


5166723









KING, LAOISE


4427829









KING, CHRISTOPHER DAVID


4119640









KINGSTON, WALTER D. III


2039857









[*41]KITAMURA, YOICHI


1903053









KITZMUELLER, MARTINA


4898235









KLEIN, AUDREY ELLEN


2390375









KLEIN, NATHAN


4818928









KLIEWER, JOHN BROWN


2853430









KLINE, MICHELLE JAMIE


4917480









KLOTZ, CARL ERNST


2299048









KNIGHT, BRUCE K.


4345286









KO, DONG WON


2748267









KO, YEON-KEUM


3067352









KO, HENRY


4750600









KO, HWANKYUNG


5023361









KOEBERLE, CHRISTOPHER DAVID


4606117









KOGANOV, ALEXANDER


4746558









KOGLER, MATTHEW JAMES


2473684









KOH, SUNGWHAN


4314795









KOHLHEPP, WILLIAM J. JR


2289049









KOIKE, YOICHI


2291326









KONDO, WATARU


4925038









KOO, SEUNG MO


4960142









KOPOLOVICH, FAY ANGELA


4692794









KORADIA, NISHA PRAMOD


4704458









KORMAN, DEBRA BETH


2071868









KORMAN, MARTIN WILLIAM


2334233









KOSHIVAS, ANN POULOS


2526176









KOUTZOULIS, IRENE


4123360









KOVALENKO, EVGENY


4813986









KRATTER, MARK MICHAEL


2554582









[*42]KRAWCEWICZ, ALEKSANDRA ELZBIETA


4963294









KREPPEIN, DAVID PATRICK


3976743









KRESS, DAVID MICHAEL II


4974218









KRISHNASWAMY, RUBHAN


4694279









KRONOWITZ, RACHEL SAN


2181725









KRYVOI, YARASLAU


4704573









KRYWYJ, YVONNE MARIE


4112678









KUBAS, JACEK


5061494









KUHLS, TIMOTHY DAVID


5114574









KUMAR, RAMANUJ


4814547









KURTZ, JENNIFER MARIE


4296661









KWOK, OSWALD TZE WING


2112654









KWON, JONGNAM


4000568









KWON, KEESUB


2724557









KWON, OJOON


4216271









KWON, GIDAE


5162227









KYLE, THOMAS JOSEPH III


4431847









LA VINA, MA. LUCILLA CELINA SALCEDO


4964946









LABRUM, JONATHAN JAMES


5026257









LACHAPELLE, KINGA M.


1361641









LADD, MONICA


2332500









LADEJOBI, IBIRONKE


4081113









LAFAZIA, DAVID A.


4643532









LAFFAN, BILL DAVID


4942744









LAFORGE, LOREN MARIE


4551073









LAI, CHE WEI


4835278









LAL, SEAN SATISH


5157243









LALEYE, CHRISTIANA TEMITOPE


4955225









[*43]LALLY, KAMALPRIT


4506358









LAMPARELLI, RICHARD BENJAMIN JR


3937174









LANCE, EMMA


5155452









LANCZMANN, NATALIE ESTHER


2824746









LANE, ERIKA KAREN


2545648









LANGAN, MAUREEN


2916344









LANGE, MARGARET ANN


2674976









LANZOT O'NEILL, JOSEPH EMILL


4917779









LAO, AI-CHU


5042486









LAPIDOTH, ILAN


2214047









LARKIN, MICHAEL JOSEPH


2957942









LARYEA, LORINDA IVY NAA AKUYE


4912523









LASRY, ERIC


4168936









LATSOS, ANASTASIA CHRISTINA


5074489









LATULIPE, GREGORY DAVID


4087342









LAUCHLI, URS MARTIN


2830917









LAUGHLIN, VERONIQUE DANIELE


4391108









LAURSEN, FRANCINE DENICE


3930336









LAUTERBACH, PAUL DOUGLAS


2946481









LAVITT, ROBERT GERARD


2366128









LAWRENCE, KELLY SUMMERS


4251864









LAZAR, ROSALIND ANTOINETTE


4229985









LEE, JEONG HAN


2994051









LEE, SEUNG HO


4562849









LEE, IHNSOO


5147079









LEE, JISOO


4054904









LEE, DONGWOOK


4484911









LEE, SANG WHA


4895645









[*44]LEE, HYUN-DONG


4659736









LEE, YEON BO


4220612









LEE, JONG GOO


4326781









LEE, SANG DEOK


4558805









LEE, CHANG HWAN


4577144









LEE, CHEOLKI


4489704









LEE, BYOUNG HOON


4441242









LEE, KYUNGSEOK


5163423









LEE, BYOUNG-KI


4759759









LEE, SANG SOON


4746210









LEE, SOOKWON


4642427









LEE, KYUMIN KEVIN


4432241









LEE, JAEHONG


4912317









LEE, DYLAN LIANG FAN


2969335









LEE, JUN HO


4561031









LEE, CHAE JOON


5088885









LEE, PETER SEUNG-K WANG


4310801









LEE, IKWON


4851531









LEE, DONG JIK


4788642









LEE, SEUNG HYUN


4585295









LEE, SEONGKI


4732368









LEE, JIHYE


4408381









LEE, HYUNG WON


5157425









LEE, JIN KOOK


4662128









LEE, JAE SEUNG


4974788









LEE, JEONGDOO


4736971









LEE, DOUGLAS TAE HEE


4421111









LEE, MYUNG KUN


4861761









[*45]LEE, CHEN-HAI JOSEPH


4224044









LEE, JONGHYOK


5109517









LEE, MONICA BOYOUNG


4302717









LEE, JUN SUH


4348058









LEE, VERA EUN-WOO


4997474









LEE, YANG-TSUN


4706412









LEE, MEI-KUAN


4498341









LEE, SUN GOO


4924577









LEE, SUNGKYU SCOTT


4708426









LEE, PO-CHING


5076377









LEE, BARRY CHRISTOPHER


4347704









LEE, CHRISTINE


4732491









LEE, ANGELA MIN


4741849









LEFANTE, FRANCESCA MARYANA


4322426









LEHMAN, NICOLE LEE


2709582









LEHRER, JEFFREY B.


2225548









LEICHT, LEONARD CHARLES


2669513









LEIGHTON, JENNIFER AMY


4165734









LEITE-YOUNG, ROBERT CAPTAIN


4866950









LEITH, MICHAEL JOHN


4993317









LENNON, ANDREW PAUL


5018106









LEPORE, ADRIENNE C.


3975257









LEROY, PAUL


4678074









LESTER, STEPHANIE MARIE


3049178









LETELLIER, CHARLES-PHILIPPE RAYMOND-FRANCK


4294997









LEVATINO, ANTHONY PAUL


2588820









LEVINE, SAMUEL


2916542









[*46]LEVINE, HOLLY BROOKE


2749521









LEVY, PAUL ALLEN


2007888









LEVY, NOAM


4106704









LEVY, SHACHAR


4636239









LI, YAN


4506903









LI, XIAOCHENG


4579629









LI, ZHONGXUAN


4405676









LI, CHEN


4941019









LI, MIN


4971172









LI, NA


4841417









LI, RUORAN


4630083









LI, XIAOYUAN


5079777









LI, JI


4967014









LIAN, XIN


4865036









LIANG, XIAO QING


4052189









LIANG, YAN


4712568









LIAO, XINZHI


4157624




LICHTENFELD, JOSEPH JAY 

2454874









LICHTENSTEIN, LAWRENCE R.


2418630









LICHTENSTEIN, MERAV


4600250









LIEBL, FLORIAN


1781541









LIKER, JOSEPH MICHAEL


4803326









LIM, YOUNG SEUNG


2997401









LIM, JUNG HWA


4613519









LIM, JI WOONG


4600144









LIM, ERNEST WEE KUAN


4586616









LIN, JOANNA YU-CHING


2700557









LIN, HUEI-YING


2881480

LIN, LIANG-RONG 

5027875









[*47]LIN, FENG


4703781









LIN, HSIN-YI


4650503









LIN, FENG-YI


5171707









LIN, CHI-SHENG


4963658









LIN, CHIH-CHIEN


5050216









LIN, CHINI


5119136









LINDAUER, KENNETH ELLIOT


2215564









LINDOR, LEGRAND GANDHI


4746236









LINDSAY, CHRISTOPHER L.


1966878









LINES, VICENTE


3056041









LING, XIAO


4719712









LINNANE, MARGUERITE MICHELLE


2365906









LIPP, BRIAN DAVID


5115571









LIPSCOMB, COREY BENNETT


5097332









LIU, FANG


3931151









LIU, HENGLIE


4946182









LIU, ZHEN


4515607









LIU, QIAN


4600474









LIU, YUECHUAN


5123864









LLORENZ, JASON ANTHONY


4496030









LO, HSIU-PEI


4512026









LO, FONG YUE MAY


4565263









LO, WEI MING WILSON


4979548









LOCKER, HAREL


4022539









LOEB, NANCY H.


1936574









LOEWITH, NAOMI DORA


4494720









LOHIA, SWATI


4646758









LOMBARD, CORI ELLEN


4932398









[*48]LOMENZO, SANDRA NICOLE


4825014









LONG, BERNADETTE HELGA


2569598









LOOS, HARRIET ELIZABETH


5137641









LORENTZ, MEGAN MARGARET


2962884









LORTSCHER, GLENN WILLIAM


4924973









LOUGH, THOMAS STEVEN


4930400









LOUGHNEY, MAYRA HOLL


2721413









LOVITT, CLAUDINE MARIE


2783298









LOZANO, ARTURO


4178034









LOZITO, DANIELLE M.


4160206









LU, YUAN-SAN


2242709









LU, PHUC HONG


4216388









LU, HE


4470068









LU, PIN


4543146









LU, YUXIN


5074588









LUAN, PENG


4948287









LUCAS, STEVEN RICHARD


4859146









LUCE, PETER THOMAS


4739413









LUCK, KAI ADAM


4969598









LUM, MICHAEL KAH KENG


4324273









LUNG, HOLLY SING YU


4493896









LUPO, PETER JOSEPH


4073425









LUU, KY


4078861









LUZ, TAMAR


4134250









LYONS, EDWARD JOSEPH


2349009









LYONS, JENNIFER KAY


4133872









MA, DA-WEI


4583480









MA, KATHERINE JUI-YIN


3996782









[*49]MA, ZHIHUA


4089850









MA, YAN


5056858









MA, JUN


4940938









MA, WEIYUAN


5044946









MACDONALD, VERONIQUE LAMY


2612364









MACDONALD, MICHAEL FRANCIS


4870820









MACKEY, THOMAS MORE


4372124









MACKIE, JOCELYN ELIZABETH


4959557









MACMASTER, DONALD FRANCIS


2370112









MADRAZO CORDERO, PATRICIA


4389110









MAEDA, NAOYA


4906087









MAGGIO, MARGARET MARY


2154441









MAGUIRE, HELEN CATHERINE


4648622









MAHAR, LAWRENCE JOSEPH


1138817









MAHAR, HEATHER LYNNE


4241923









MAHL, MIDORI KYONO


2605525









MAHONEY, SOL E.


3936226









MAHONY, JESSICA JEAN


5080478









MAITHA, MUTHEU


3969367









MAKABE, HIROSHI


2688091









MAKUCH, SARAH


4619185









MALIK, ABDULLAH


4351037









MALMUD, KENNETH LOUIS


2152197









MALONE, CAOIMHE MAIRE


4343927









MALONEY, MICHELLE MARIANNA


4977815









MALSKYY, OLEH


4666905









MAMDANI, ALYKHAN AMIRALI


2696532









MANARA, NICOLE


4673430









[*50]MANDELL, VALERIE STEELE


2726628









MANN, RAJVINDER KAUR


5136395









MANNING, CAROLYN KANE


4491494









MARAMAG, MARIA CORAZON


4125985









MARGIOTTI, LOUIS A.


4792099









MARGOLINE, GREGORY


4630927









MARGREITER, VERENA


2994887









MARITON, CASSANDRE MARIE


4160693









MARKHAM, BURT JIN


4153508









MARLEY, BRANDON HUGH


5005376









MARMIER, PASCAL ANDRE


3043312









MARR, BARRY WALTER


1234608









MARTEL-ROY, ELIANE


4943924









MARTIN, RICHARD NEVEN


2628238









MARTIN, KAREN A.


2456135









MARTIN, MIA RENE


4108080









MARTIN, SHANE MICHAEL


4663514









MARTIN, JESSICA ANN


4992723









MARTIN, CASSI GENE


5061155









MASS, MYRA PILSON


2843431









MASSALOUX, JULIE


4186854









MASTRONIANI, ANTONIO FRANCO


5108014









MATEL-OKOH, ABOLANLE ABOSEDE


2961415









MATHIS, FELIX MARIA


3866787









MATSUMOTO, TAKU


4396917









MATSUMOTO, JINNOSUKE


5055454









MATUSIAK, ARI ADAM


4897872









MATYASH, OLGA


5037056









[*51]MAUTNER, ROBERT HOWARD


4612800









MAYBURY, GINA M.


1726116









MAZUR, WILLIAM HAROLD


4924288









MBATO, RHODA NTHAMBA


4828166









MC CAGHY, REGINA MARY


4392379









MCARDLE, PATRICIA


2957280









MCARTHUR, KAREN MAUREEN


4166583









MCBRIDE, TERRY WILLIAM


3892668









MCCARTHY, BRIAN JEROME


2212769









MCCLEAN, VICTORIA HUSTON


2559607









MCCLURE, KELLY MARIE


4911947









MCCOLL, ANDREW STUART


4499141









MCCORKLE, SHEILA VICHELE


5025572









MCCORMICK, DAVID MICHAEL


2757201









MCCUE, ELIZABETH A.


2962660









MCDANIEL, DARRELL ROY


4001756









MCDONOUGH, CYNTHIA ELWELL


2590156









MCDOWELL, RICHARD WILLIAM


1772623









MCGARR, ROBERT FRANCIS


4146668









MCGIVNEY, PATRICIA ANN


2746451









MCGOLDRICK, GREGORY KEVIN


4524682









MCGOWAN, FRANCIS JAMES


2977171









MCGRATH, STEPHEN JOHN


1404060









MCGRATH, KARLA CHRISTINE


3037181









MCKEE, CYNTHIA N.


1976372









MCLAUGHLIN, NEIL ALISTAIR


4959698









MCMANUS, ANNMARIE


2336543









MCMURRY, LAUREN BOTTE


4293676









[*52]MCNAMARA, ROBERT GRAHAM


4380374









MCQUAID, ANDREW MARK


4580361









MCWILLIAMS, MARY BAKER


4043782









MEDRANO, JOSELINA LOPEZ


4248597









MEEHAN, ALAN VICTOR


4390738









MEHTA, KORA MANYU


4872628









MENAR, PAULA ALEJANDRA


4249280









MENDOZA HOLGUIN, FELIPE


4632394









MENTI, JANET ANN


2387397









MERCED AGOSTO, CHARLEEN ENID


5147400









MERCIER, MATTHEW THOMAS


4663217









MERREN, LISA SABRINA


4149290









MERTSALOVA, NADEZDA


4656377









MESSINGER, MICHAEL JOHN


4748455









METZNER, CHRISTINE MARIE


2429983









MEYER, PATRICIA ANN


2680007









MEYER, PAUL HOOGNER


4075693









MEYER, JONATHAN WILLIAM


5026711









MICELI, FRANCESCO LUIGI


4733382









MICHELSEN, GREGORY


4389664









MICHENER, SCOTT DAVID


4103974









MIHALICH-LEVIN, LORI KAY


4372314









MILGROM-JASHEK, TAMMY


4475604









MILKS, WILLIAM EDWARD


2321792









MILLER, BRITTANY LEIGH


4903308









MIMOTO, STANLEY MASATOMO


4824108









MIN, BYUNG IL


2437093









MIN, BYUNGSUH


5144126









[*53]MINDE, LUCIA TARAMA


5194469









MINDLIN, MINDY


2637395









MINKIN, DAVID NORMAN


4345955









MINOR, STEPHANIE LAKESHA


4403853









MIRANO, ALEXANDER NICOLAS


2360261









MIRON, STEPHEN E.


1428937









MIRVILLE, ROMEL JOSEPH


4746970









MISTRE, RAPHAEL BORIS


5188156









MITCHELL, JAMES A.


3946910









MITCHELL, PETER HUGH


4525226









MITRO, MATTHEW THOMAS


4212254









MIURA, TAKATOSHI


4164414









MIYASATO, NAOTAKA


4701975









MIZUSHINA, AKEMI


2605822









MLYNARCZYK, ADAM


4630174









MOGBO, PETER CHIEDU


2844488









MOHAMED OSMAN, NURALIZA BINTE


4548996









MOHAMMED, HEIDI SASHA


5073267









MOHAMMED, AISHATU O.


4579165









MOLAN, FELICITY ANNE


5074133









MONACO, MARILYN M.


2473395









MONTT-OYARZUN, JOSE-SANTIAGO


4474383









MOON, HOJOON


4558342









MOON, JUNG-HAI


4705687









MOON, JEESUN


5167325









MOONEY, GERARD FRANCIS


5096359









MOORE, HAROLD CLAYTON


2563286









MOORE, SONJI ALISE


4054615









[*54]MOORE, ROBERT EDWARD II


4566493









MOORE, BENECIA BETTON


4244737









MORALES, RAUL II


4707592









MORAN, EDWARD KEVIN


2357382









MORENO, LUIS F.


2835627









MORGAN, HOLLY ANNE


5069919









MORIMOTO, CHIKAKO


4205555









MORRIS, JAMES J.


1616150









MORRIS, HENRY


2906683









MORRIS, LUCY RHIANNON


4917803









MOSES, ALEXANDER STEVEN


2567006









MOSES, ANTHONY JOSEPH


4857470









MOSS, MARCIA JANE SULLIVAN


2757474









MOSS, JONATHAN HENRY


4687430









MOTTO, ANNE-MARIE


4134862









MOY, HAWNYEA ABIGAIL


5092721









MOYER, JEFFREY GLENN


2810083









MOYNIHAN, AINE


5056478









MUELLER, DOMINIC JOHANNES


5046602









MULCARE, MICHAEL FRANCIS


2545556









MULLER, KIMBERLY ANN


4083440









MULLIKIN, JAMES EDWARD


4653408









MULVIHILL, LYNSEY MARY


4972709









MUNIZ, PAULA CECILIA


2891745









MUNOZ, INMACULADA


3002177









MURIAS, LAURA


4445490









MURPHY, THOMAS W.


1934496









MURPHY, TIMOTHY MICHAEL


2444552









[*55]MURPHY, TREVOR


4789632









MURPHY, THERESA MICHELLE


4841029









MURPHY, MATTHEW RAYMOND


4727566









MURRAY, JAMES PATRICK


3987922









MURRAY, JENNIFER LYNNE


4618419









MUTHUSAMY, SHREEYA


4478301









MUZZIO, JESSICA KYLE


2849941









MYER, MARY KATHERINE


2175636









MYYRYLAINEN-AWANY, HELI MARJO


2945855









NADD-MITTERRAND, GUILLAUME VENDEMIARIE


4071429









NADIS, DANIEL JACOB


1775436









NAGY, LOUIS


1688464









NAHAS, KHALIL CHARBEL


4220729









NAKAGAWA, TETSUHIRO


4612669









NANCE, JOHN BOATNER


4506184

NARDO, MARILYN LEE 

3057064









NASH, SAMUEL IZUMI


4940466









NASO, MICHAEL ALAN


2007946









NASTASI, NICHOLAS J.


1819408









NATARAJAN, RAJANI


4883211









NATHAN, RICHARD JEFFREY


2287548









NATIELLO, MICHAEL FRANCIS


2468320









NAVE, OPHIR


4404000









NAYAK, MEGHAN ELAINE


4935441









NAZARIO, SUE-ANN


2440279









NDUKA-EZE, ANTHONY NGOZI


2692978









NDULO, BEENE SEIPATI


3999083









NEDELIJKOVIC, KATARINA


4157327









[*56]NELSON, SABRINA ALYCE


2793099









NEMOTO, HIROSHI


4592754









NEMOTO, AI


4591228









NEPPL, MICHAEL THOMAS


4720645









NEW, SHERRI LYNN


2424323









NEWMAN, RONALD LOUIS


4666160









NEWMEYER, BARBARA ANN


2324028









NGUYEN, TAM TRINH


2755478









NGUYEN, YUNG TRI


4722849









NGUYEN, BOB QUANG TAN


4074704









NGUYEN, HANG THUY


4730917









NGUYEN, NAM DUC


5162714









NGUYEN, NGHI


4586319









NICHOL, MEABH OLIVIA


4976924









NICKLES, LAGRETTA DORAN


4446746









NICOL, TODD EVAN


2632776









NIELSEN, J SUSANNE


1890375









NIMAROFF, JAY MARTIN


3034261









NING, JIA CHERN


2140507









NISHIKAWA, KAZUMI


4216396









NJOKU, CHINEMEREM NWANKIRE


4613576









NKWONTA, BENJAMIN CHUKWUDI


2982601









NOEL, MARK MCDOWELL


4594107









NOGAY, ARLIE R.


4621876









NOLAN, CAROLINE SUSAN


4225785









NOLL, BEATRICE CORINA


2895407









NOREK, ALFRED MICHAEL


1330000









NORMAN, JAMES ROGER


2557742









[*57]NORMAN, ALVINA E


4304267









NORRIS, STEVEN PATRICK


2961472









NOUSIAS, OLGA VASILIOU


4260758









NWANERI, NNAMDI JAMES


4952099









NYDEGGER, MICHAEL WYLIE


4587564









NYSTEN, JANA VIKTORIA


4939005









NZIVE, ALEX MUTINDA


4687703









OAKLEY, SHAWN ANDREW


4910014









OBIDAIRO, THOMAS SIMEON OLUSEGUN


4259800









OBONIYE, CLAUDIA NKOLIKA


2804797









OBOT, THERESA ISIDORE


2940872









O'BRIEN, STEPHANIE MARIE


4531588









O'BRIEN, KRISTIE NOEL


4888889









O'CARROLL, RONAN PATRICK


4858775









OCASIO, SANDRO GEREMIAS


4710141









O'CATHAIN, FRANCESCA MADELINE


4333647









OCHILLO, FRANCELLA AWINO


4595476









OCHIS, MARILLA


2774131









OCK, MISUN


4453049









O'CONNELL, LINDA G.


2038958









O'CONNOR, THOMAS NEAL


1761790









O'CONNOR, CHRISTINE MARY


3929007









O'CONNOR, FRANK X.


3929924









O'DEA, DARRAGH LAIM


4562427









ODUJINRIN, DAMI Y.


2968303









O'FARRELL, DAVID PATRICK


4238515









OFFNER, LINDSAY DAWN


5080817









OGDEN, HEATHER ANN


4487526









[*58]OH, SANGKI


2634848









OH, JAECHANG


5184247









OH, GI HYOUNG


4640595









OH, SANG-JIN


4792982









OH, TAIWON


4425765









OH, SE-EUN


4200085









OHM, MIRA TAIHI


4461208









OHUIGINN, NIALL RUAIRI


5033758









OJONG, OLRICK MICHAEL


4970489









OKEDI, GINIKANWA CHINAEMEREM


4217949









OKEOWO, OLUWATOBI ABEGBE


5082730









OKEREKE, PATRICIA NKONYE


4613568









OKOJIE, IDEMUDIA JOSEPH


4705406









O'LEARY, JOHN MARTIN


2597821









OLIVER, MILTON MCK


1923572









OLIVEROS, MA. LOURDES EVELYN BALBIN


4636965









OLSEN, MARY ANN


2402238









OLSTAD, PER WILLIAM


4858882









O'NEILL, MARY ELIZABETH


4376778









ONG, EDWARDSON LEE


4986758









ONYEMENAM, AWELE FRANCES


4020202









OPPY, JAMES DALE


4302725









ORAZEM, GEOFFREY BRYON


5201173









ORDOUKHANIAN, NANCY


3899655









ORIHARA, YASUTAKA


4613949









ORR, ANDREA DENISE


4225082









OSEPCIU, LIGIA-MARIA


4679395









O'SHEA, MICHAEL JOHN


2219285









[*59]O'SHEA, KERRY ANNE


2962157









O'SHELL, KEVIN HAROLD


2703023









OSTERMAN, LAWRENCE JAY


2036424









OSTROVITCH-LEVI, ILIT


5067848









O'SULLIVAN, THOMAS PATRICK


1779826









OSZUSTOWICZ, MELISSA ANN


2991446









OTCHIE, ANDREW AKUAFO


4951349









OTOKWALA, GOMILUK JOHN


4899654









OTONGLO, CAROLINE AWUOR


4704920









OVIL, HILLA


4031654









OVSIEVSKY, MICHAEL JOHN


4432092









OWEN, JAMES CURTIS


4390993









OXLADE, EMMA AMELIA


5123237









OZKAN, MURAT EROL


5157417









PACKMAN, SARA JULIA


4896387









PADIEN, PAUL PATRICK


2726297









PAEK, SANG YUP


2589851









PAGANO, ALEXANDER RUSSELL


4260824









PAI, CHI-YUN


2340164









PAIK, GYESUN SARAH


4346391









PAIK, SYLVIA SU WEI


5049671









PAIS, CHERISSE SONYA


4796991









PALLADINO, PETER MICHAEL


4963450









PALLONETTI, KRISTIN STOOP


4748562









PAN, PEI-PEI


3024841









PANG, TI


2870582









PANG, HSIAO-WEI


4752648









PANKRATOV, ALEXANDER VLADIMIROVICH


2700375









[*60]PAREKH, ANISSA NALINIKANT


2732071









PARINGAUX, MAYUMI MONIQUE


5030960









PARK, HAE CHAN


2448504









PARK, ELLIS K.


4007571









PARK, KEUM SUB


4318788









PARK, YOUNGHO


4587929









PARK, KYUN JE


2947315









PARK, KYUNG SOO


3975828









PARK, SEONG-JOON


4578100









PARK, SUNG HOO


4404208









PARK, SEONG-SOO


4076493









PARK, JONG HYUN


4021200









PARK, SEUNGKYOO


4510137









PARK, JUN SEOK


4474011









PARK, SUNGSOO


4200093









PARK, ESTHER JUNG YUN


4498473









PARK, JI-HYUN


3033487









PARK, SANGHYUN


5137377









PARK, SEHYUN


4665923









PARK, SA-EUE


4997276









PARKER, SAMUEL ROBERT


1605070









PARKER, MEGAN


4638326









PARKS, KATHLEEN ELLEN


3966892









PASKALIS, ANNE MARIE


3975356









PASTER, EMILY KERN


3971801









PASTOR, BERNARD


2704195









PASUPULATI, MURALI KRISHNA


4268868









PATALKIS, DEBRA M.


2059111









[*61]PATEL, RUDHIR BAKULESH


4233714









PATEL, VIJAY K.


4505830









PATEL, ALPA UPENDRA


4580353









PATEL, AMIT D.


4741997









PATRICK, EFFIE AQUILA


4331807









PATTON, RICHARD EDMUND


4409389









PAUL, DANIELLE S.


4066130









PAVEL, JANICE


2631158









PAVLICA, DOROTHY M.


2112373









PAVLOV, WILLIAM MICHELSON


2193985









PAVLOVIC, NEVENKA


4617403









PAYOS, RANULFO VILLEGAS JR.


4845277









PEARLBERG, ALEX JAY


2912400









PEARLMAN, JEFFREY


2965275









PEASE, JOSHUA MARK


5010194









PEDRAZA FARINA, LAURA GABRIELA


4791265









PEKMEZOVIC, ALMA


5055801









PELLEGRINI, CECILE MARIE-CLAIRE


4945598









PELLY, NIALL ANDREW


4416756









PENG, YU-HSIN


5079116









PENG, SHUANG


4566519









PENG, HEYUE


5023478









PENG, CHENYUAN


4740734









PENSON, DOUGLAS ALAN


4524252









PENTZ, PETER ARTHUR


4857645









PEOPLES, TRAVIS ALAN


4939104









PERAULT, MATTHEW ZANDER


4869913









PEREZ-SOTO, HIRAM


2846947









[*62]PERGAMENT, EDWARD DAVID


3070570









PERL, MECHAL


4166856









PERLMAN, RANDY SCOTT


2108470









PERLMUTTER, ANDREW BENJAMIN


4991568









PERRY, NOEL CHRISTOPHER RODERICK


4133120









PERUTO, ANGELO CHARLES JR.


4127924









PETERS, PAULETTE LEMAY


2119295









PETERSON, JACLYN ANN


4916185









PETKOVA, ANNA SVETOSLAVOVA


4814976









PETRILLO, STEPHEN LAWRENCE


2994085









PEZZULLO, NIKOLE AGNES


2744308









PFEIFFER, EILEEN MARY


2534196









PFLUG, KEVIN JOSEPH


4476008









PHELAN, ROBERT J.


2919405









PHILIPS, HANNE


5021696









PICARIELLO, PASQUALE


1996479









PICHARDO, MARIO ALFONSO


2481125









PIEDRA FUENTEALBA, CARLA MACARENA


5060702









PIKE-BIEGUNSKA, EDITH MARIA


5034681









PILLER, KIERAN SEAN


5044672









PIPERSBURGH, DENISE JOAN


4268272









PISANO, FRANK III


2730372









PITTMAN, PAUL ARTHUR


2405512









PLANT, JEFFREY GRAY


1633445









PLANTIER, ERIC JOSEPH


4572137









PLATT, ROBERT C.


1766351









PLISNER, AMANDA GAIL


4923850









POLIN, ALAN J.


2362747









[*63]POLLANEN, ERIC MICHAEL


4212270









POLSKY, ERIC MICHAEL


4826947









PONGANUTREE, DANIYA


4922704









POPIEL, BRIAN ROBERT


2732147









PORTER, NEIL ROBERT JR


4212601









PORTIER, PHILIPPE PAUL


2474625









POSADAS, ALEJANDRO


2779833









POTTER, ELIZABETH RACHEL


5185434









POUSO, DAVID M.


3060043









POWELL, ALYSON DENISE


4714903









PRADO, TOMAS NICOMEDES


2006575









PRATT, BETHANY MARIE


4561056









PRATT, VICTORIA FRANCISCA


2951150









PRENDERGAST, BARBARA L.


1939891









PRENTICE, LESLIE FAITH


5141015









PRETORIUS, WILLEM LODEWIKUS


4076105









PRIESTAP, CHELSEA MORGAN


4911723









PRIEST-GOODSETT, NOAH WADE


4830584









PRIETO, ANA MARGARITA


2763795









PRINJA, MALLIKA


4123345









PRIOLA, VICTORIA CHRISTI


4125316









PUDEBAT, CECILE EGLANTINE PIERRETTE


5067681









PURCELL, WILLIAM JAMES


2724870









QU, ZAI HUA


4152997









QUIGLEY, PATRICIA M.


2177178









QUINN, BRIAN BERNARD


5033865









RABEY, ESTE VICCI


4637773









RADFORD, JENNIFER AMELIA


5038310









[*64]RAETHER, CHARLES VON


3006632









RAFFERTY, JOCELYN JEAN


4935508









RAHBAR-DANIELS, DAMON RYAN


4351177









RAHMAN, KAZI MUINUR


4442315









RAHMAN, NADIA


5138862









RAHNER, NORA MAUREEN


4397931









RAI, MAHESH


4956728









RAINEY, ERIC EDWARD


4868980









RAMIREZ, INGRID MARIA


4302188









RAMLAKHAN, PURNIMA DEVI


4036489









RAMUNDO, CRISTINA ELODIA


4764270









RANDAZZO, GREGORY ANTHONY


4769766









RANIERI, CHRISTOPHER M.


1939206









RAO, SUJEET BHIMSEN


4857686









RAO, SAI PRASAD


5095120









RAPPORT, STEPHEN RONALD


1821438









RASKAS, ROBERT ANDREW


2961951









RASTOGI, ANIRUDH


4733317









RASUL, SALMA PIR TILLAH


3930278









RATHET, BROOKS CHARLES


4332516









RAULERSON, WILLIAM JOHN


4905014









RAY, KAUSHIK


4474441









RECORD, JAMES MICHEAL


4970778









RECORD, KATHERINE LOUISE


4901559









REDSTONE, KIMBERLY MUTCHNIK


4450334









REESE, LAMINE MANUEL


4517090









REGAN, CHRISTOPHER T.


1775345









REGAN, BRIAN GERARD


4341509









[*65]REIMANN, VICTORIA ANN


4792339









REISMAN, CHARLES P.


2348050









RENALDO, DONALD PHILIP II


4198784









RENAUD, LIZANNE WALDNER


3960804









RENNER, THOMAS


2997443









REWAK, ROBERT SCOTT


5026778









REYES, JOHN ADELBERT LAMPANO


4901989









REYNA-SANTOS, CARMEN


4341145









RHALLY, NICOLAS


2179422









RHEE, HOCHAN


4168027









RIBAUDO, RONALD SALVATORE


4244026









RICHARDS, JOANNE SUE


4211777









RICHARDSON, DAVID KEITH


4278719









RICHMAN, BRUCE BERNARD


4161105









RIDDELL, CHRISTIAN JOHN


5071899









RIEDEL, KELLY CUNNING


4672002









RIFKIND, STEVEN ARNOLD


2454486









RILEY, DANIEL PATRICK


4685186









RILEY, ELIZABETH CAROLE


4918314









RIM, SUNG BOK


2980662









RIMER, ALEC ANDREW


2412377









RINKO, PAUL JOSEPH


2365211









RIPPER, ERIC BERNARD


3026663









ROBERT, OLIVIA MARIE


4077269









ROBERTS, ROSEMARY GERASIA


1645514









ROBERTS, NORMAN ANTHONY II


2833945









ROBERTS-JENKINS, RACHEL


4756573









ROBERTSON, OWAIN HUW


5129374









[*66]ROBINSON, VIRGINIA RUTH


4255428









ROBOTHAM, JOHN ANSEL


4048591









ROCHAT, FLORIAN ANDRE


4955662









ROCHE, THOMAS M.


1977354









RODRIGUEZ, MARCELA MAYELA


4319018









ROGERS, CATHERINE ANN


2768182









ROGERS, CARLA JANE


4403614









ROGERSON, GEOFFREY STEPHEN


4746996









ROH, JANET HYONSON


4335881









ROHN, NANCY B.


1974864









RONIS, JENNY ELAYNE


4904702









ROOTHMAN, BENJAMIN RICHARD


2775831









ROSADO, ZULLY ALEXANDRA


4498481









ROSARIO-VILLANUEVA, LUIS A.


2333607









ROSEN, PETER


2301158









ROSEN, RONALD IRWIN


4205274









ROSEN, JONATHAN ADAM


3003068









ROSENBAUM, MICHAEL M.


2220432









ROSENBERG, BARRY E.


2040939









ROSENBLATT, PATRICIA


2015717









ROSENBLATT, AARON SCOTT


5146998









ROSS, ALAN JOHN


4260261









ROSS, PATRICIA A.


4592002









ROTHENBERG, DAVID MORRIS


2972404









ROTHFUS, KEITH JAMES


2692986









ROWEN, SALLY NICOLA


4026951









ROXAS, VINCENTE QUISUMBING


2222800









ROZANSKI, DONALD HENRY


2949527









[*67]ROZELLE, KIMBERLY LYNN


4710182









RUBENSTEIN, RICHARD WRIGHT


1130095









RUBIN, SUSAN J.


1837087









RUDOLPH, MANFRED HANS


4073540









RUEL, JAMES MICHAEL


3976016









RUPP-GUFLER, MELANIE MARIA


4587184









RUSSAK, KENNETH NEIL


2283760









RUSSELL, LAUREN CLARE


4331534









RUSSELL, JUSTIN CHARLES


4917746









RUSSELL, CIARA MARIA


4698379









RUSSO, JOHN SALVATORE


4172862









RUTTER, MARY ELIZABETH


1079276









RYAN, WILLIAM DAVID


4065769









RYBERG, ERNEST ARIEL


4720538









RYU, YOUNG WOOK


4557450









SABAITIS, FRANK T


4251120









SABATINO, MARY CLIFFORD


4576062









SAINTE-ROSE, FEDERICA DIVINE


4410106









SALAU, OLAKEMI SILFAT


5038120









SALZBERG, JERRY M.


2015667









SALZMAN, JAMIE ELLEN


4637674









SAMANIEGO, PAOLA


4662607









SAMI, SAJED AHAMMAD


4561189









SAMUELS, EMILY ANNE


4351359









SANCHEZ, RICARDO MENA


4052056









SANDGREN, MARTIN LARS


4513107









SANG, JIE


4965778









SANIN, KYRA MAURA


4535233









[*68]SANTIAGO, LETICIA JOY


2957439









SARDA, EVANGELINE MARIE


2750347









SAUER, ROGER P.


3863099









SAVAGE, JOANNE MARIE


4573861









SAVANI, SHILPEN SURYAKANT


4299210









SAWYER, SHANNON ELIZABETH


4920492









SAYEGH, JAMES JESSE


4637328









SCANNICCHIO, YOLANDA TERESA


4705109









SCHAEFER, HANS


2627560









SCHAFER, TODD DAVID


2333821









SCHEFLEN, DANIEL CLARK


4135083









SCHEULE, SCOTT DOUGLAS


4600193









SCHMUCKER, MELISSA


4198495









SCHNEIDER, ANAT SIDEMAN


2635951









SCHOELL, MICHAEL


4263307









SCHORLING, KATHRIN ELISABETH


4841649









SCHROER, SHARON MARIE


2162055









SCHULTZ, MELANIE ANNE


5172440









SCHUTZMAN, STEVEN J.


1950112









SCHWARTZ, JOSEPH BENJAMIN


4593422









SCOTT, ROBIN LEE


4166120









SCOTT, AMY ELISABETH


4708145









SCOTT, JENNIFER LEE


5134390









SCOTT, ANDREW JOSHUA SEBASTIAN


4726279









SCOTTON, JULIA L.


2063683









SCRIVEN, ANDREW JAMES


4798757









SEALEY, JAUNIQUE AILLEEN


4232211









SEARCH, TIMOTHY PATRICK


2782886









[*69]SEDGHINEJAD, SHADI


2764892









SEGGIE, BRAD DUANE


3942703









SEIBEL, ROBERT F.


2258218









SEIFERT, ELANA KATHLEEN


4151585









SENIOR, ADAM DAVID


4871828









SEO, YUNSOO


4503934









SEO, YOUNG


4229696









SEOK, HONG II


4465878









SERRY-KAMAL, WARA SUZANNE


4449468









SETT WONG, KAREN


4177739









SEXTON, THERESA MAUREEN


4380093









SGRO, APRIL LAWRENCE


2951804









SHAH, SAGAR VITHAL


4862272









SHAH, SHERYL


4967311









SHAIKH, AYESHA


4972840









SHANAHAN, MARIE ROCCAPRIORE


2879583









SHANDALOW, KEITH ALAN


4953519









SHAPIRO, MARTIN A.


1362276









SHAPIRO, LAWRENCE JOEL


1992874









SHARMA, JATINDER KUMAR


2686814









SHARMA, DHARMENDRA


4965893









SHARMA, RAJAT


4497277









SHAUGHNESSY, ROBERT JOHN JR


2361996









SHAW, ANTHONY WILLIAM


1808302









SHAW, ANDREW BART


2425213









SHELTON, COLETTE MARIE


2930204









SHEN, CHIHWEI


4604658









SHEN, CHUNG CHUAN


4569323









[*70]SHEN, LIUHUI


4812475









SHENG, ADA Y.


4651055









SHENG, HAIWEN


4986923









SHEPARD, PETER REID


2807485









SHERER, FRANK AUDEMARS III


4439352









SHERMAN, VALARIE ANN


2109379









SHERWYN, DAVID SCOTT


2694867









SHI, QINGSHAN


4216883









SHI, YVONNE YAT TING


4761789









SHI, HUASHUO


4930236









SHIBBANI, WALID KHALIL


4905832









SHIM, SEOG TAE


4474110









SHIMADERA, MOTOI


4420253









SHIMER, CAITLIN BRETT


4971511









SHIN, BONGSAM


4841466









SHIN, CHANG HWAN


4325767









SHIN, JUNG HOON


4595005









SHIN, DONG GYUN


4705620









SHIN, TAEHUN


5171210









SHIN, HYUN WOOK


4897955









SHIN, HYEON HWA


4873204









SHINAR, ADAM


4592622









SHIRAKI, JUNJI


4736062









SHIV, MOINA


2116044









SHOKER, SANVEER SINGH


4736039









SHOLLENBERGER, KYLE R.


4949038









SHOOR, AMIT K.


4754875









SHRAGER, IRA B.


2208833









[*71]SHU, YU


4932422









SHULAN, BRUCE CHARLES


2993210









SHUMAKER, CRYSTAL DAWN


4625554









SHUSTER, ALAN MARK


3001500









SIBAJENE, TWAAMBO MWAANDU


4204921









SIEGEL, ELLIE O.


4605937









SIEGEL TANNER, RESA JEAN


2189504









SIEK, AMANDA LEAH


4118030









SIEMERS, JOHN CHRISTOPHER


2680908









SIGLER, KIMBERLY ANN


2539690









SILVA, ANTONE R.


1794817









SILVERMAN, DARLENE JOY


2111326









SIMON, MICHAEL LOUIS


4313029









SIMONE REIS, MARIA GEMA


4880100









SIMPKINS, MARTINA


4488102









SINGER, MORRIS ABRAHAM


4974523









SINGH, NISHANT KUMAR


4850012









SINGLETARY, WENDY JARELLE


4710281









SINHA, SUHARSH


5185814









SITARZ, JULIA ANNE


4680633









SITOMER, DAVID JONATHAN


1865401









SJOLUND, ALLISON KENDALL


5126818









SKINNER, FREDERIC PARKHURST JR


3022126









SKINNER, STEVEN WALLACE


2841773









SKINNER, AMY LOUISE


4895652









SKLAR, RYAN MATTHEW


4978870









SKOUFARI, ELENI


5084132









SKYERS-JENKINS, SHARON ANGELA


5063482









[*72]SLATTERY, JILL S.


2333185









SLEZAK, SCOTT ANDREW


4022927









SMALLS, JOSEPH LEROY III


4859773









SMARTO, JOHN PETER


2316487









SMITH, ANNALYN GARRETT


4323697









SMITH, KEITH JOSEPH


2140697









SMITH, CHARLES HAROLD JR


4465811









SMITH, MARK OWEN


2903920









SMITH, DALE AMAR


3993136









SMITH, THEODORE KELVIN


2683456









SMITH, ADAM JAY


4226304









SMITH, KELLY ANN


4690541









SMITH, CIAN F.


4609483









SMITH, SCOTT ROYAL


5144332









SMITH, MEAGAN MARIE


4954475









SMOOT, CELIA DENISE


4094520









SNYDER, DEBORAH LYNN


2601508









SOBKIEWICZ, ERIK


2357846









SOMOZA, MANUEL ANTONIO


4690392









SONG, SUNG-JAE


2837011









SONG, BING


2837961









SONG, SUNGUK


4167342









SONG, WON HO


4978722









SONG, YUN C


4334181









SOO, MARYANNE


4726584









SOSA, JOSE LUIS


4957650









SOSNOWSKI, PAUL THADDEUS


4756169









SOSTRE-OQUENDO, SHIRLEY


2613669









[*73]SOTIRCHOU, MARIA-ELENI


4703716









SOTIROPOULOU, ANASTASIA


4912275









SOTTILE, ROBERT JOSEPH


2678571









SPARROW, DEVON RAECHEL


4583183









SPECTOR, DENNIS EDWARD


2545655









SPENCER, NATHANIEL LEE


4927869









SPINA, MICHAEL JEFFREY


2921930









SPITKOVSKY, JULIE


5042841









SPITZECK, MARISE HOSOMI


4722229









ST. JUSTE, HARROLD


4651402









STAJANO, SERAFINO


5097357









STALDER, MELISSA ANN


4756318









STAPELFELD, JULIA


4828109









STARRS, JOHN PATRICK


1777044









STEIGER, ANTON JOHANN


3884137









STEIN, ANDREW ROSS


4916235









STEIN, LEE RON


4769055









STEINBRECHER, NORA KRISTIN


4301131









STEMPLER, LARRY A.


1977123









STEPHANS, DEBRA KRADJIAN


3997285









STEPHENS-FLORES, JILL NOEL


4991899









STEPHENSON, LEON


4207221









STEPURA, MATTHEW JOSEPH


4780623









STERNBERG, ALINE


5011556









STEVENS, REBECCA


2746972









STEWART, GWYNETH GAIL


1839588









STEWART, LAURIE KATHERINE


4302378









STIRLING, KAREN ANN


2683316









[*74]STITH, CLARK DOUGLAS


2436244









STIVALY, CHRISTINA


5011192









STOKKE, KARI


5041876









STONE, JOHN ALEXANDER


2143667









STONNER, JOHN PHILIP


2422376









STOTLAND, DANYL MYRON


2969467









STRNAD, SONYA ANN


4016341









STRUCK, HEATHER C.


1985746









STUCKER, ZANE RYAN


3033438









STURDIVANT, JOCELYN MARCIA


2694693









SU, ALICE CHING-TING


4651378









SU, XIN


5159215









SUH, DONG-HEE


2794014









SUH, JUNE YOUNG


4590261









SUH, HEE SUK


4204434









SUI, YUWEI


4876041









SULLIVAN, TERESA A.


2192128









SULLIVAN, ROBERT F.


2274132









SULLIVAN, KATHLEEN MARIE


2970499









SULLIVAN, MARVELLE ELIZABETH


4502407









SUMMERS, DIANE SUE


2450054









SUN, FENGLI


4174462









SUN, YUJI


2966182









SUN, XIAOJIA


4705851









SUN, YAN


5192232









SUNG, BONG-KYUNG


4126819









SUPERFINE, BENJAMIN MICHAEL


4344057









SUTHERLAND, IAN WILLIAM


3945573









[*75]SWAMY, MADHAVI


4919007









SWISS, JONATHAN


3863941









SY, GREGORY MICHAEL


4534855









SY, FREDERICK HOWARD LIM


4733358









SYNN, SEUNG-KOOK


3893922









SYSOIEV, MAKSYM


4833695









SZEFC, CHRISTOPHER RICHARD


4407284









SZYMANSKY, MELISSA LYNN


4957536









TACY, JAMES MITCHELL


2794238









TAGGART, BRIAN FRANCIS


4930921









TAGLIERI, KELLY ANN


3005873









TAHSUDA, JOHN


2900587









TAKAHASHI, NAOKI


2543841









TAKAHASHI, SHUHEI


4066023









TAKAHASHI, YASUHITO


4523122









TAKURA, TAMOTSU


2739258









TAN, ESTHER YIT-FERN


2945731









TAN, JORDAN JULIUS


4212163









TAN, SWEE LIN CORRINE


4966008









TAN, TERENCE KY WON


5135322









TAN, CHUNHUA


4449971









TAN, SZE YAO


5134424









TANEJA, HENNA


5174982









TANENBAUM, TZVI SHMUEL


4971768









TANG, JIE


3987831









TANG, MISI


4444568









TANG, LIANG


4231742









TANG, KWOK LEUNG


3998846









[*76]TAO, YELIN


5035522









TASSONI, TATIANA


4165114









TAVARES, SILVIO-ORLANDO RENAUD


2873644









TAWA, MARIANNE


4155156









TAYAB, FAIZA


4175527









TAYE, YITAYEW ALEMAYEHU


4385266









TAYLOR, JOHN STEPHEN


5070107









TEAGUE, JOEL R.


1810191









TEELING, WILLIAM CHARLES


5014337









TEISSIER, CEDRIC


4230678









TESCH, AMY NICOLE


2835767









THAM, SOONGMENG EDWIN


2416691









THEWLIS, EMER


4931416









THOENY, ANN DESIREE


4400461









THOMAS, NORMAN OSCAR


2727519









THOMPSON, KAREN RACHEL


2776490









THORN, BRIAN M.


3022324









THURSTON, CHRISTINE ANN


4587754









TIAN, JING


4079257









TIBBITS, STEPHANIE A.


4506341









TIERNEY, THOMAS JOSEPH


2569846









TIETJEN, RHONDA ARMSTRONG


3040805









TING, TZU FEI PHILIP


4624417









TINTI, NATHALIE DIANE


3063161









TOLBOE, MCKAY RONALD


4732798









TOLEDANO, REAGAN LEVERT


4976494









TOLEDO, PATRICIA ALVES DE


4498861









TOMAINE, SUSAN MICHELE


4155545









[*77]TOMOI, JUNYA


4712139









TORIKAI, MASAO


3892759









TORRE, JOSEPH WILLIAM


5085113









TOUSSAINT, ETIENNE CLEMENT


5132469









TRAGUS, REGINA DONNA


2126654









TRAINA, KARL ROCCO


3947496









TRAINER, MARY HIRO


3018298









TRAN, WYNN PHUONG


5129176









TREASURER, ANITA


2712701









TREISER, ADAM PHILIP


4665139









TRICKEL, DANIEL JOHN


4517744









TRIMMER, ROCHELLE FLEUR


4828737









TROUTMAN, CHARLA LOUANN


2946853









TSAI, CHI CHI


5168422









TSAI, CHANG-HSIEN


4734158









TSANG, ASTRID ELAINE PEI-HUA


4662052









TSHIONYI, MAKAMBO


4255444









TUCKER, JOSHUA SCOTT


4871281









TUSEK, MARTINA DOBROMILA


4332086









TUTALO, JOHN JOSEPH


4869129









TWIST, RONDINE C.


4168019









TWOHIG, DEIRDRE ANN


4849451









TZENG, GOANG SHANN


2768190









UDA, MAKOTO


5050240









UNGAR, SHARI


4475919









URBANOWICZ-MULCAHY, LYNNE J.


2388304









URIBE BERROCAL, BEATRIZ INES


4862926









UZAN, NICHOLAS


4240255









[*78]VACCARINO, TONI MARIE


2912467









VAIDYAN, SURIYA KUNCHANDY


4679700









VAN, QUOC BA


4840773









VAN DEN BERGHE, FREDERIC MARIE


4471264









VAN LEIDEN THRASHER, YVONNE F.


4493763









VAN LENTEN, JASON PAUL


4115838









VANDENASSUM, BAUDOUIN M.


1268929









VANDERKOOI, BONITA MASLAR


2409290









VARGAS, ALFREDO IGNACIO


4860037









VATTI, HIMA NAIDU


3020716









VAZQUEZ, PETER JOSEPH JR.


3068772









VEASEY, ROBYN ANNE


4255006









VEERARAGOO, NATARAJAN


4749719









VEKRIS, IOANNIS S.


2186260









VETTE, LUCINDA MARY


3973807









VICAIRE, PETER SCOTT


4902201









VICKERIE, LUTISHA STACIA


4926945









VIDAL-NAQUET, CAROLE


4494290









VIDLER, GREGORY PAUL


4152146









VIKTOROV, ILIA ALEXANDROVICH


5151865









VILAPLANA, LIVIA


4632188









VILLA, ELISA LAUREN


2207231









VILLAGELIU, ALBERTO EDUARDO


3049673









VILLAMOR, MARY ANN LAZO


4842613









VLIETINCK, TINE MIEKE


4824793









VOLKERT, DONALD JOSEPH


1854306









VOLLBRECHT, JAMES LOUIS


2369577









VOLOCHAY, ELENA


4149753









[*79]VON ARX, ERIC


2799831









VON HOLST, FRIEDRICH KONSTANTIN NIKOLAUS


2892149









VON KOHORN, TARA LYNN


4428363

VOSPER, PAUL ANDREW 

2642528









WADE, JANE ABNEY


2652329









WADE, GORDON BRIAN


4851572









WAITS, KATHLEEN


2412682









WALDO, RICHARD EDWARD


4357141









WALLMAN, TODD ANDREW


2707271









WALLY, BARBARA ANNE


4329983









WALSH, TARA KATELYN


4973871









WAN, YANG


4809752









WAN, HONGYE


5157870









WANG, YI-JEN


2432490









WANG, SANGHAN


4309639









WANG, ERIC MIN-CHIUAN


4359048









WANG, NA


4336913









WANG, JIANXUE


4493284









WANG, BI


4751632









WANG, CHIH-TANG


4571063









WANG, NAN


4873212









WANG, FANG


5156146









WANG, JIA EN GRACE


5021910

WANG, TRACY 

4818845

WANG, LEI 

5161989









WANG, YILIU


5096763









WARING, EMMA JANE LOUISE


4149589









WARREN, BRUCE K.


4731857









WATANABE, HIROKI


4170551









[*80]WATANABE, IZUMI


4329124









WATERS, MEGHAN ELIZABETH


5007190









WATSON, BEVERLY JEANNETTE


3041860









WATSON, SARAH FLORENCE


4149621









WAYLAND, EDWARD WILLIAM


2609162









WEE, HSIANG-LING


4297552









WEEDEN, THEODORE JOHN JR


2179851









WEINER, JAY ALAN


2579746









WEISMAN, MITCHELL ARTHUR


2400836









WEISS, BEATA ISABELA


3041738









WEITZ, JARED MICHAEL


4248092









WELLS, JOANNE


5061908









WENG, YA-HSIN


4256897









WHITAKER, JONATHAN JAMAAL


5181698

WHITE, ELIZABETH ANNE 

2773604









WHITE, NICOLA CLAIRE


4530994

WIECHMANN, MELISSA WATT 

4345005









WILCOX, GALEN DRAUGHON


3970787









WILDFEUER, JUDITH MATTHEWS


2638617









WILKENS, DANIEL ERNEST


4899134









WILLEMSEN, STEFAN ARNOLD


3876265









WILLIAMS, WILLIE JAMES


2467306









WILLIAMS, NISHA GLORIA


4960035









WILLIAMSON, LEAH MICHELLE


4606299









WILSON, TODD SPENCER


4117420









WILSON, MARTIN LOUIS


4523940









WINDON, JAMES ROBERT


5165253









WINGATE, DONNA USANA


3024528









WINNEKER, JOSHUA DAVID


4232963









[*81]WIRTNER, MICHELLE T


4271425









WISE, COREN JAY


4617346









WISEBERG, ADAM ISAAC


2925394









WISTREICH, CARL GREGORY


2707529









WITT, ROBERT MARTIN


4595252









WOHLERS, DONALD JR.


2644359









WOJCICKI, EDWARD JAMES JR


2899748









WOLCHOK, STEPHANIE SUZANNE


4244463









WOLF, DAVID SCOTT


4073326









WOLF, HEIKE


4028692









WOLINSKY, ALLEN ARTHUR


2817484









WON, TINA JIE


4852042









WONG, YIKWAI


5195896









WOO, CYNTHIA YING


2919744









WOO, SUNGYOP


4865226









WOO, YOUNG DON


4964441









WOOH, JONG-CHAN


2655868









WOOSNAM, AUDREY NICOLE


4906558









WRIGHT, MELVIN MICHAEL JR


4449963









WRIGHT, REBECCA JANE


4701983









WU, YU-HUA


4754941









WU, WEN-I JENNIFER


4734505









WU, XIAOXIN


5034566









WYATT, JACOB ROBERT


2593713









WYLER, ARETAE ORTIZ


4594875









WYMAN, JULIA CREMIN


2904282









XI, ZHENGZHENG


3007549









XIANG, XIUFENG


5176730









[*82]XIANG, SHANG


5065677









XIAO, MENG


5167978









XIONG, XUEPING


4638524









XU, QINGHUA


4390753









XU, MUCHUN


4966297









XU, WENBO


4956603









XU, CHENGJIN


5145016









XUE, JIE


5172614









YAGAI, YUZO


4846861









YAMAMOTO, KAZUTO


4695631









YAMAMOTO, CHIHARU


5116892









YANG, DOOHYEON


4219853









YANG, TAI-HUA


4595146









YANG, KISHIL


4448270









YANG, JUNG HUN


4890612









YANG, BO RAM


4870796









YANG, ZI


5138847









YANG, XI


5003694









YANG, YANG


5070743









YAO, PINGPING


4531018









YAO, JIAN


4605655









YASUI, MASAKI


4290805









YE, QING


4613980









YENIARAS, CEM MUSTAFA


4938015









YI, YUNLING


4926119









YIGA, SHAFIR HAKEEM


4632550









YIIN, FRANK CHANG HUA


2127280









YO, KYONG JIN


4271953









[*83]YOHN, SALILA


2821734









YOO, KYOO JONG


2851012









YOO, SEUNG JAE


4473989









YOO, TAESEOK


4897575









YOON, SANG-JICK


2904159









YOON, TED KI


2218345









YOON, BAE KYUNG


4354171









YOON, SANGSOO


2878122









YOON, HEE-WOONG


2903276









YOON, DONGSUP


4442380









YOON, CHAN


4173829









YOON, IN SOO


5088851









YOON, VHANG EUN


4879607









YOON, SEONJOO


4912358









YOSHII, YASUSHIGE ROBERT


4863015









YOU, CHAO


4776548









YOUNG, CHUN-CHI


2655181









YOUNG, SASKIA


4228367









YOUNG, CATHERINE LONGWORTH


4805669









YOUSSEFIAN-AFNAN, SHARIM


4351136









YOUSUFF, RUFIATH


4663969









YU, HWAN DONG


2853356









YU, HYUNGJUN


4761664









YU, JING


3041449









YU, CHIH-HUANG


4642229









YU, JIAYI


5125455









YU, LOGAN


4997953









YU, XIAOMING


5122155









[*84]YUN, KENNETH YOUNG-GAK


2265262









ZABALET, JEFFREY


4496873









ZACHARIASEWYCZ, ADRIAN YAROSLAW


4383147









ZAGER, CARMEN LOUISE


4170437









ZAGHI, AYDA


5136734









ZALES, ALLISON SCHWARTZ


2601532









ZAMPRELLI, PASCAL NICHOLAS


5047014









ZAVELOVICH, JULIE ALEKSANDRA


4515938









ZEC, MARY CATHERINE


4203303









ZEGGANE, THOMAS MATHIEU


4676896









ZELLER, ERIC CARL


4077509









ZEMSKY, DANIEL ERIC


4595468









ZHANG, JIE


3895901









ZHANG, JANE


3043213









ZHANG, SHUHUA


5065354









ZHANG, YING


5092002









ZHANG, LINGLI


4956801









ZHANG, WENLIANG


5183983









ZHANG, RAN


4966222









ZHANG, LIANG


4971156









ZHANG, TAISU


5017983









ZHANG, KAIYUN


4742466









ZHANG, XINFENG


5180153









ZHAO, HONGBO


4837548









ZHENG, XILIN


4323978









ZHENG, XIAOJIN


4813804









ZHONG, WENYA


4354296









ZHONG, YUEPING


4831012









[*85]ZHOU, ZHENG


4967444









ZHU, LIHONG


3036506









ZIMNICKI, THEA BINGHAM


5170451









ZUBA, JEREMY EDWARD


4027330









ZUNIGA-GOLDWATER, BIANCA ESTHER


4806014








ENTER:



Footnotes

Footnote 1: We further observe that, over and above the biennial registration requirement, every New York attorney also has an affirmative duty to keep the Office of Court Administration apprised of his or her up-to-date contact information (see Rules of Chief Admin of Cts [22 NYCRR] § 118.1 [f]).